UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT
EASTERN DIVISION

FILED
JAMES BONINI
CLERK

07 JAN -8 AM 10: 16

U.S. DISTRICT COURT
3 : 07 CV 0003
E. ST. DIV. COLUMBUS

Wayne Doyle
202 Southern Avenue
Springfield, Ohio 45506

Civil case no.
Judge
Magistrate

　　　　Plaintiff,

Jury Demand

v.

John McConagha and
Clark County Library et,al
Springfield, Ohio 45506

　　　　Defendants.

---

## MOTION FOR PLAINTIFF TO AMEND COMPLAINT

　　　　Plaintiff Motions this court to amend the January 3,2007 complaint to
add the following.— CLAIMS. And exibits

SUBMITTED

*Wayne Doyle*

WAYNE DOYLE

202 Southern Avenue
Springfield, Ohio 45506

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT
## EASTERN DIVISION

GUARANTEED RIGHTS OF WAYNE DOYLE, ENFORCED BY THE UNITED STATES CONSTITUTION AND LAWS AND TREATISES OF THIS UNION.

On or about March 18th 2005, the following basic civil rights were taken

from Wayne Doyle, because of his race, religion,education,background.

He was handed a letter barring him from a public library for (2) years

Denying him the following amended basic rights.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

## RIGHTS DENIED

i.      Religion- Speech--Assembly—Petition
v.      Due Process
vi.     Right to confront accuser.
vii.    Common law suits—jury trial
viii.   Cruel and unusual punishment
ix.     Non Enumerated Right 1791
xiii.   Abolition of Slavery (1865)
xiv.    Privileges and Immunities, Due Process, Equal Protection under
        the law.

Rights to be denied on Account of Race.

# *PROTECTION OF RIGHTS*

*U.S.C. :42 :1981 of title 42 (Equal protection under the law) based on race in making and enforcing contracts, participating in lawsuits and giving evidence,*

*42 (USC `1981) Protection against discrimination included civil action for deprivation of rights.*

*42 (USC 1983) Conspiracies to interfere with Civil Rights.*

*USC : 42 1985/42 U>S>C 1985 Conspiracy against Rights of Citizens.*

*18 U>S>C 241) Deprivation of Rights under color of law. Race dis-*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

*Wayne Doyle*                                           Civil case no.

*202 Southern Avenue*                            *Judge*    **3    07 CV 0 0 0 3**

*Springfield,Ohio 45506*                           *Magistrate*

    *Plaintiff,*                                    *Jury Demand*

    *v.*

*John McConagha and*

*Clark County Library et,al*

*201 Fountain Avenue Springfield,*

*Ohio 45506*

    *Defendant's*

---

### *PLAINTIFF'S VERFIED COMPLAINT*

---

    Plaintiff does hereby present to this honorable Court his Verified Complaint and
Demand for damages.

        SUBMITTED

        **WAYNE DOYLE**
        **202 Southern Avenue**
        **Springfield,Ohio45506**

# JURISDICTION

1.    Jurisdiction of this Honorable Court is invoked because Defendants

All reside in, and/or conduct busniess within this Federal District and

Division and pursuant to 28 U.S.C. @1331 and 28 U.S.C. @ 1343(3) et seq.

To enforce Rights Guaranteed by the United States Constitution and Laws

and Treatises of this union.

# FACTS

   Plaintiff being first duly sworn, hereby alleges as follows:

2.    That Plaintiff is, and was, at all times relevant to this case, a

resident of this federal Judicial District.

3.  That Defendant is and was, at all times relevant to this case, a state

Actor conducting busniess and violating civil rights in this federal Judicial    1³¹

District.                                                  6, 7, 9, 11, 14, 15

4.    That on March 21, 2005, Plaintiff was excercising his 1st,5th,8th,14th,

Amendment rights attempting to peacefully assemble and exercise his public

Accomondation rights at the Clark County public library in Springfield,OH.

5.    That on arrival at such address, Defendant, John Mc Conagha, by and

through Agent John Dempsey approached plaintiff with a letter banning

him from the public library.

# FACTS

1.  3/21/05 _Incident report_ written by Jeffery S. Smith.  John Dempsey said: "I John Dempsey escorted him to the Directors office" even though the incident report has only one hand writing.  Angie Jones nor John Dempsey wrote on the incident report. Jeffery S. Smith wrote for Angie Jones and John Dempsey; "Hearsay."

2.  3/21/05 _letter banning_ Plaintiff Doyle from the library.  Director John McConagha said"Because you have violated the Clark County Library,s Code of Conduct by _staring,following,_ a library user about the library, _and harassing a library user,_ you are banned effective March 21, 2005 until March 21, 2007 from the library facilities.  The complaint against you was made to one of our security officers at the Main Library on Friday, March 18,2005 by a female African -American library user. _I confirmed_ the _complaint by phone today._"hearsay. _3/21/05 permission to appeal decision._  Director John McConagha said after banning Plaintiff from the library "You may appeal this _decision in writing to me_ within 30 days of your reciept of this letter. Your appeal may _include your version_ of events on March 18,2005.  _**Plaintiff was banned from the library without being asked his side of the story**_  Then Plaintiff Wayne Doyle was advised that he could _submit the only written version_ of the "alleged" 3/21/05 incident.

3.  4/25/05  _Appeal Decision._  Director John McConagha said:  In making my decision,I have considered the report of the security guard, my phone call to the complaintant, the affidavit of Stephanie Southers as well as Mr Doyle's statement given at the appeal hearing.  I found the Complaintant's version of what happened and the security guard's report to be credible.  The  Complaintant's statement that she made to me was consistent with what she reported to the officer.  I did not find Mr Doyle's version of what happened on March 18,2005 credible. _Mr Doyle was not able to offer an explanation of why the Complaintant  would fabricate such a story_

*Note. The alleged complaintant, Angie Jones nor the security officer's Jeffery Smith or John Dempsey were present at the appeal hearing to give their written,spoken,assumed statement concerning Plaintiff DoyleS 'alleged misconduct. Director John McConagha held the 4/25/2005, appeal hearing representing the evidence, Judge and the jury.*

*Plaintiff Wayne Doyle received a copy of the incident report for the first time at the appeal hearing on 4/25/05.*

*4.   4/25/2005 Plaintiff Wayne Doyles <u>written statement</u>. Wayne Doyle said: I also have a witnesses from security staff name John /Dempsey. On the second page of the incident report that there were no teens or children in the teen area at no time,when I was using the area. Other adults use the same area without teen or children present. It seems to me, if there is really a complaintant, this person was probably watching and following me around on days my kids were there. Her complaint is nothing more than a lie so that the Director can paint the picture of me that he's already has in his mind to paint reguardless of wheather or not the complaint was true or false"*

*5.   10/23/06  <u>Public records request</u>. .John McConagha said: (1) There is no written statement from Angie Jones.  (2)  Angie Jones recorded statement from 3/21/05 is enclosed.*

*6.   11/6/2006  <u>Public records request</u>.  John Mc Conagha said: We do not have a recorded statement from Angie Jones.*

*7.   11/16/2006 Public records request.  John McConagha said no charges of: Disorderly conduct had been filed against Plaintiff Wayne Doyle.*
*No criminal charges filed against Wayne Doyle by the Clark County Library for Harrassing her.No record of criminal charges filed against Wayne Doyle by Angie Jones.*

### *SERVICE*

*I, the undersigned, solemnly SAY that a true and accurate copy of this Motion was mailed*

*to Defendant, with a courtesy copy of Plaintiff's Verified Complaint,this 3rd day of January, 2007 to:*

*John McConagha*

## PLAINTIFF'S VERIFICATION:

*THE UNDERSIGNED HAS COMPLETED THE ABOVE-CITED ALLEGATIONS TO THE FULLEST AND MOST ACCURATE EXTENT POSSIBLE, USING THEIR FIRST HAND KNOWLEDGE TO COMPLETE SAME,*

*SWORN AND SIGNED BEFORE ME THIS 3RD DAY OF JANUARY, 2007*

## JURY DEMAND

*Plaintiff hereby demands a trial by jury on the merits in this matter.*

## THE CLAIMS

### COUNT ONE:

**VIOLATION OF PLAINTIFF'S SUBSTANTIVE DUE PROCESS RIGHTS, AS GUARANTEED BY THE (1ST) AMENDMENT TO THE UNITED STATES CONSTITUTION.**

**Plaintiff has a right to peacefully assemble and vist the Clark County Library. Such right was violated by Defendants.**

### COUNT TWO:

**VIOLATION OF PLAINTIFF'S SUBSTANTIVE DUE PROCESS RIGHTS GUARANTEED BY THE FOURTEENTH(14) AMENDMENT TO THE UNITED STATES CONSTITUTION.**

*Plaintiff has had his liberty of movement taken from him without due process of law.*

## COURT THREE:

### VIOLATION OF 42 U.S.C. @1983.

*The above cited civil rights violations were conducted at the behest of state actors, a fact which clearly implicates several and numerous 42 U.S.C. @ 1983 violations.*

## COURT FOUR:

## MALICIOUS PROSECUTION

*The above-cited facts provide a strong basis for a restrainning order and acqiital in the underlying case, with respect to the spurious complaint brought by the defendants against Plaintiff. As Much , Malicious Prosecution may be readily inferrred.*

## COUNT FIVE:

### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

*Plaintiff asserts that any reasonable observer will concur that the Defendant's behaviour shocks the conscience and that they are lilble for the above-cited pendant state law tort.*

## COUNT SIX:

### NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

*Plaintiff asserts that any reasonable observer will concur that*

*Defendants behavour shocks the conscience and that they are liable for the above –cited pendant state law tort.*

## COUNT SEVEN:

*Plainiff reiterates all preceding paras. As incorporated herein and states that the above (in)actions constitute a common law breach of contract on multiple occasions.*

## COUNT EIGHT:

*Plaintiff reiterates all preceding paras as if incorporated herein and states that the above (in)actions have constitute a violation of principals enunciated in by way of promissory estoppel.*

## DEMANDS AND PRAYER FOR RELIEF

*WHEREFORE,Plaintiff prays that this Honorable Court enter*

*Judgment against Defendant in the following manner:*

*1.    Declaraory Judgment declaring the above described activities as*

*Standing in derogationof laws and principles of the United States and*

*Ohio Constitution, Laws, and Treatises;*

*2.    Issuance of Permanet Injunctive Relief enfoining Defendant from*

*Acting officially, individually or inconcert in any way which would violate*

*Civil rights of those governed by it.*

*3.    Issuance of any and all equitable relief, including, but not limited*

1

# INCIDENT REPORT

Branch: Dayton
Date of Incident: 3/18/05
Time of Incident: 2:00 PM

| 1. Client | Address | Post |
|---|---|---|
| Clark County Library | 201 South Fourth Ave. Ste | |

**2. Police / Fire Department Notified:** ☐ Yes ☐ No    Time:    Officer's Name:    RPT#/Badge #

**3. Securitas Office Notified:** ☐ Yes ☐ No    Time:    Name:    Title:

**4. Client Notified:** ☑ Yes ☐ No    Time:    Name: John McConeghα    Title: Director

**5. Persons Involved/Witnesses** (insert category of relationship letter opposite name in ▼ column) **A.** Employee **B.** Client Employee **C.** Other

| ▼ | Name / Position Title | Phone Number | Organization Name and Address |
|---|---|---|---|
| | Angie ~~Jones~~ Jones | 937-520-6774 | Patron |
| | | | |

**6. Description of Property / Equipment** ( example: Brand, Model, License or Serial #, Color, Year )

None

**7. Description of Incident / Injury** (**WHO, WHAT, WHERE, WHY,** and **HOW.** Include all information in detail and attach statement if required.)

Angie ~~Jones~~ Jones told me Jeff Smith, Security Officer that Wayne Doyle was harrassing her on the Date of March 18th 2005. She gave me her name and number on March 20th 2005 with a full detailed complaint of the incident.

Angie said he was following her around the Library, and Staring at her, making her feel uncomfortable. This was not the first time he has followed her around. Angie told me that She has seen Wayne in the Back Section of the Library, messing around with young females and creeping around with them. Angie was very concerned about the well being of the young girls. On March 21st 2005 12:50pm John Dempsey Security Officer gave Wayne Doyle the letter that the Director told him to give to Wayne Doyle. See Attached Sheet.

| Officer Name | Jeffrey S. Smith | Signature | Jeffrey S. Smith | Date & Time of Report | 3/21/05 |
|---|---|---|---|---|---|

FAcE The Accuser

John Dempsey told Wayne Doyle that he was to leave the property, to read the letter, and that he was trespassing, but he did <u>not</u> <u>leave</u> the property. He asked to see the Director. I John Dempsey escorted him to the Directors Office. The Director John McConagha inform him, he was trespassing, and was to leav now, or the Police would be called immedia Wayne Doyle Said OK, and left.



**CLARK
COUNTY
PUBLIC
LIBRARY**

The Information Place.



**MAIN LIBRARY**
201 SOUTH FOUNTAIN AVE
PO BOX 1080
SPRINGFIELD OHIO
45501-1080
937 323-9751
FAX: 937 328-6908
www.ccpl.lib.oh.us

**HOUSTON BRANCH**
5 W JAMESTOWN ST
BOX 127
SOUTH CHARLESTON OHIO
45368
937 462-8047

**INDIAN MOUND
BRANCH**
45 INDIAN DR
ENON OHIO
45323
937 864-2502

**PARK CENTER BRANCH**
119 BECHTLE AVE
SPRINGFIELD OHIO
45504
937 322-2498

**SOUTHERN VILLAGE
BRANCH**
1123 SUNSET AVE
SPRINGFIELD OHIO
45505
937 322-2226

March 21, 2005

Mr. Wayne Doyle

Dear Mr. Doyle:

Because you have violated the Clark County Public Library's
Code of Conduct by staring, following a library user about the library,
and harassing a library user, you are banned effective March 21, 2005
until March 21, 2007 from all library facilities. The complaint against
you was made to one of our security officers at the Main Library on
Friday, March 18, 2005 by a female African-American library user.
I confirmed the complaint by phone today.

Under the ban you are not permitted to use or be in or on the
grounds of any Clark County Public Library facility. If you are on the
property of any Clark County Public Library facility during the ban time
period, you will be arrested for trespassing.

You may appeal this decision in writing to me within 30 days of
your receipt of this letter. Your appeal may include your version of events
on March 18, 2005.

Sincerely,

John McConagha
Library Director

2ND hand
iNformation



**CLARK
COUNTY
PUBLIC
LIBRARY**

The Information Place.

April 25, 2005



(3)

**MAIN LIBRARY**
201 SOUTH FOUNTAIN AVE
PO BOX 1080
SPRINGFIELD OHIO
45501-1080
937 323-9751
FAX: 937 328-6908
www.ccpl.lib.oh.us

**HOUSTON BRANCH**
5 W JAMESTOWN ST
BOX 127
SOUTH CHARLESTON OHIO
45368
937 462-8047

**INDIAN MOUND
BRANCH**
45 INDIAN DR
ENON OHIO
45323
937 864-2502

**PARK CENTER BRANCH**
1119 BECHTLE AVE
SPRINGFIELD OHIO
45504
937 322-2498

**SOUTHERN VILLAGE
BRANCH**
1123 SUNSET AVE
SPRINGFIELD OHIO
45505
937 322-2226

Mr. Edwin A. Grinvalds, Esq.
12 West Main Street
Springfield, Ohio 45502

Re: Wayne Doyle Appeal Decision

Dear Mr. Grinvalds:

This appeal came before me, the Clark County Public Library
("CCPL") Director, on Friday, April 15, to determine whether Mr. Wayne
Doyle should be suspended from the library for violating the Library's
Code of Conduct.

CCPL's Code of Conduct states that "Patrons shall respect the
rights of others and shall not harass or annoy others by acts including, but
not limited to: staring, following another person about the building, or
behaving in a manner which reasonably can be expected to disturb others."
A library patron ("Complainant") reported that Mr. Doyle was harassing
her by staring and following her around the library. This behavior is in
violation of CCPL's Code of Conduct.

In making my decision, I have considered the report of the security
guard, my phone call to the Complainant, the affidavit of Stephanie
Southers as well as Mr. Doyle's statement given at the appeal hearing. I
found the Complainant's version of what happened and the security
guard's report to be credible. The Complainant's statement that she made
to me was consistent with what she reported to the Officer. I did not find
Mr. Doyle's version of what happened on March 18, 2005 credible.

At the hearing, Mr. Doyle was given an opportunity to tell his side
of the story. He denied that he followed the Complainant around the
library, and was staring at anyone. Mr. Doyle did however acknowledge
that he frequently sits in the Teen Room. Although he denies the
Complainant's report of what happened, Mr. Doyle was not able to offer
an explanation of why the Complainant would fabricate such a story.



Page 2

**CLARK COUNTY PUBLIC LIBRARY**

The Information Place.

**MAIN LIBRARY**
201 SOUTH FOUNTAIN AVE
PO BOX 1080
SPRINGFIELD OHIO
45501-1080
937 323-9751
FAX: 937 328-6908
www.ccpl.lib.oh.us

**HOUSTON BRANCH**
5 W JAMESTOWN ST
BOX 127
SOUTH CHARLESTON OHIO
45368
937 462-8047

**INDIAN MOUND BRANCH**
45 INDIAN DR
ENON OHIO
45323
937 864-2502

**PARK CENTER BRANCH**
1119 BECHTLE AVE
SPRINGFIELD OHIO
45504
937 322-2498

**SOUTHERN VILLAGE BRANCH**
1123 SUNSET AVE
SPRINGFIELD OHIO
45505
937 322-2226

Re:  Wayne Doyle Appeal Decision (continued)

Therefore, I will reinstate the suspension effective immediately until March 21, 2007, from all library facilities. As detailed in my letter sent to Mr. Doyle on March 21, 2005, Mr. Doyle is not permitted to use, be in, or on the grounds of any Clark County Public Library facility. If Mr. Doyle is found on the grounds of the Clark County Public Library, he will be arrested for trespassing.

Sincerely,

John McConagha
Library Director

cc: Wayne Doyle
    Johnny Pryor, Esq.

the Second Conviction

4.25.05
WAYNE Doyles
STATEMENT given
TO. John McConaghz (4)

UN Verified

Hear — SM

. several occasions
. from out of Town
. occasionally uses
CCPL

March 30, 2005

Notes from John McConagha's phone call to complainant regarding March 18, 2005 incident:

John McConagha, Library Director, called the complainant on March 21, 2005, regarding harassment by Wayne Doyle. The complainant, an African-American female adult, informed me that Mr. Doyle had been staring at her and following her on <u>several occasions</u>. When asked for a specific date/time, she indicated that one instance was in the afternoon on Friday March 18, 2005. The complainant said that she was <u>from out of town and only occasionally uses CCPL</u>, but was in the library to do some research. She further indicated that she observed Mr. Doyle staring at and following teenagers and younger children. The complainant said that Mr. Doyle situated himself in the Teen Room at the Main Library in such a way as to be able to stare at teenage children in the Teen Room and to stare at young children in the adjacent Children's Room. She observed the same behavior from Mr. Doyle toward herself and others on Saturday, March 19 as well. She filed a complaint with the library security officer on Sunday, March 20.

a <u>Statement</u> From Wayne Doyle
I allso have witnesses From Securit<
Staff Name John Dempsey, on the
Second Page of the inciDent Report,
that there were No teens or Childrer
in the teen area at No time, when
I was useing the area alone to
read certain Book that were in
that area.
Other Adults use the same area without (cce

October 23,2006

John McConagha, Director
Clark County Public Library
201 Fountain Avenue
Springfield, Ohio 45506

## Re: PUBLIC RECORDS REQUEST

**Wayne Doyle v. Clark County Library**

This is a public information request for a copy of any and all reports,
documents,recordings in your care,

These materials should include but not limited to: (1) Angie Jones March 20,
2005 written detailed statement.

(2) Angie Jones recorded statement taken by John McConagha on or about
March 20, 2006.

I would appreciate your prompt and immediate response to this request.

-----------------------------------------------------------------------

**Wayne Doyle**
**202 Southern Avenue**
**Springfield, Ohio 45506**

10/31/06

(1) THERE IS NO WRITTEN STATEMENT
FROM ANGIE JONES

(2) ANGIE JONES RECORDED STATEMENT
FROM 3/21/05 IS ENCLOSED.
John McConagh

March 30, 2005

Notes from John McConagha's phone call to complainant regarding March 18, 2005 incident:

John McConagha, Library Director, called the complainant on March 21, 2005, regarding harassment by Wayne Doyle. The complainant, an African-American female adult, informed me that Mr. Doyle had been staring at her and following her on several occasions. When asked for a specific date/time, she indicated that one instance was in the afternoon on Friday March 18, 2005. The complainant said that she was from out of town and only occasionally uses CCPL, but was in the library to do some research. She further indicated that she observed Mr. Doyle staring at and following teenagers and younger children. The complainant said that Mr. Doyle situated himself in the Teen Room at the Main Library in such a way as to be able to stare at teenage children in the Teen Room and to stare at young children in the adjacent Children's Room. She observed the same behavior from Mr. Doyle toward herself and others on Saturday, March 19 as well. She filed a complaint with the library security officer on Sunday, March 20.

John McConagha

6

*John McConagha, Director*                                      *November 6, 2006*

*Clark County Library*
*201 Fountain Avenue*
*Springfield, Ohio 45506*

### Re: PUBLIC RECORDS REQUEST

*Wayne Doyle v. Clark County Library*

*This is a public information request for a copy of any and all reports, documents,*

*records, recordings in your file concerning Angie Jones complaint against Wayne Doyle.*

*These materials should include but not be limited to:*

(1) *Angie Jones tape recorded statement taken by John Mc Conagha on March 20, 2005.*
(2) *A copy of the library's code of conduct.*
(3) *The posting locations of the librarys code of conduct in the library.*
(4) *The number of patrons who have been barred from the library for looking at other patrons in a unappropriate way.*
(5) *The number of patrons who have been barred from the library for following other patrons.*

*I would appreciate your prompt and immediate response to this request.*

*Wayne Doyle*
*202 Southern Avenue*
Springfield, Ohio 45506

John Malonge
11/16/06

① WE DO NOT HAVE A RECORDED STATEMENT FROM ANGIE JONES

② LIBRARY CODE OF CONDUCT IS ENCLOSED

③ THE CODE OF CONDUCT IS POSTED AT THE ENTRANCE OF ALL LIBRARY FACILITIES.

④ THIS IS NOT A REQUEST FOR PUBLIC RECORDS

⑤ THIS IS NOT A REQUEST FOR PUBLIC RECORDS

*John McComagha, Director*                          *November 16, 2006*
*Clark County Library*
201 Fountain Avenue
*Springfield, Ohio 45506*

### Re: PUBLIC **RECORDS** REQUEST

*Wayne Doyle v. Clark County Library*

*This is a public information request for a copy of any and all documents,*

*Records, recordings, in your care concerning Angie Jones complaint against*

*Wayne Doyle. These materials should include but not be limited to:*

*(1) Date and time of the code of conduct posting at the Clark County library located at 201 S. Fountain Avenue Springfield, Ohio 45506.*

 (2) *A copy of the **Disorderly Conduct** charge brought against Wayne Doyle as defined under **ORC 2917.11** in the Library Code of Conduct which states: Patrons shal not engage in conduct which interferes with library use including but limited to, impeding access to library property; fighting; using abusive, **menacing, insulting,** obscene, or profane language; and verbal and or physical propositions or threats.*

 (3) *A copy of any **criminal charges** filed against Wayne Doyle by the Clark Couny library for harrassing Angie Jones.*

 (4) *A copy of any **criminal charges** filed against Wayne Doyle by Angie Jones for harrassing her.*

*I would appreciate your prompt and immediate response to this request.*

*Wayne Doyle*
*202 Southern Avenue*
*Springfield, Ohio 45506*

① HAS BEEN CONTINUALLY POSTED SINCE 2/03.

② NO CHARGES FILED

③ NO CHARGES FILED

④ WE HAVE NO RECORD OF THAT

*John McomAgha*
*11/27/06*

AFFIDAVIT OF STEPHANIE SOUTHERS:

RE: WAYNE DOYLE

I WENT TO THE CLARK COUNTY PUBLIC LIBRARY ON OR ABOUT MARCH 22, 2005. MY REASON FOR THIS VISIT WAS TO INQUIRE WHY MY DAUGHTER HAD BEEN BAN FROM THE LIBRARY ON A PREVIOUS DATE. I SPOKE TO THE DIRECTOR, MR. MC CONAGHA REGARDING MY DAUGHTER TO SEE IF SHE HAD FILED A COMPLAINT AGAINST WAYNE DOYLE. THERE HAVE BEEN TIMES WHEN I HAVE ASKED MR. DOYLE KEEP AN EYE ON MY DAUGHTER AT THE LIBRARY. THE DIRECTOR INFORMED ME THAT SHE DID NOT FILE A COMPLAINT. AT THAT TIME MR. MCCONAGHA STARTED TO ASK ME QUESTIONS AND TELLING ME ABOUT WAYNE, THINGS LIKE : WAYNE DOYLE IS A SEXUAL PREDATOR, HE STARES AT WOMEN, FOLLOWS THEM AROUND THE LIBRARY AND THAT THERE HAVE BEEN OTHER COMPLAINTS ABOUT HIM. AND IF I COULD HELP HIM FOUND OUT ANY INFORMATION ABOUT WAYNE IT WOULD BE HIGHLY APPRECIATED. HE FEELS THAT WOMEN SHOULD BE ALLOWED TO COME TO THE LIBRARY WITHOUT BEING SEXUALLY HARASSED. ALSO, SOMETHING ABOUT HIM, WAYNE BEING BAN ONCE ALREADY AND THAT HE WOULD LIKE TO KEEP HIM OUT PERMANENTLY.

_____
STEPHANIE SOUTHERS

SWORN TO AND SUBSCRIBED IN MY PRESENCE ON THIS 14TH DAY OF APRIL, 2005.

_____
NOTARY PUBLIC

( my Lawyers) took this
  Secretary ) affiDavit

# Mutual respect makes it possible

for everyone to enjoy library materials and services. You can help by refraining from behavior that interferes with the rights of others and the duties of the library staff.



## OPEN TO ALL



## Code of Conduct

columbuslibrary.org
645-2ASK

# Mutual respect makes it possible

for everyone to enjoy library materials and services. You can help by refraining from behavior that interferes with the rights of others and the duties of the library staff.



## Code of Conduct

columbuslibrary.org
645-2ASK

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF OHIO EASTERN DIVISION

## SERVICE

Mailed to John McConagha this 6th day of January 2007, via
U.S mail , postage paid.

John McConagha
201 Fountain Avenue
Springfield, Ohio 45506

Wayne Doyle
202 Southern Avenue
Springfield, Ohio 45506

_Wayne Doyle_