UNITED STATES DSTRICT COURT
SOUTHERN DISTRICT
WESTERN DIVISION

| | |
|---|---|
| Wayne Doyle, | Civil Case No. 3:07-cv-0003 |
|     Plaintiff | |
| v. | |
| John McConagha and<br>Clark County Library, et al., | NOTICE OF APPEARANCE |
|     Defendants. | |

The undersigned attorneys hereby provide notice of their appearance of behalf of Defendants in the above-referenced matter. In entering this appearance, Defendants are not waiving service of process.

Respectfully submitted,

s/ William R. Groves_____
Lauren M. Ross (#0022857)
Trial Counsel
lmross@martinbrowne.com
William R. Groves (#0009440)
bgroves@martinbrowne.com
MARTIN, BROWNE, HULL & HARPER, P.L.L.
One S. Limestone St., Suite 800
P.O. Box 1488
Springfield, Ohio 45501-1488
937 324-5541
937-325-5432-fax
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the Notice of Appearance was served upon Wayne Doyle, 202 Southern Ave., Springfield, OH 45506, by regular mail this \_\_\_\_ day of January, 2007.

s/ William R. Groves_____
William R. Groves