**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

### CIVIL MINUTES

**CASE NUMBER:** 3:07-cv-03                              **DATE:** 01/22/2007

**CASE CAPTION:** Doyle v. McConagha et al

**PROCEEDINGS:** Preliminary Injunction Hearing

**BEFORE CHIEF UNITED STATES MAGISTRATE JUDGE MICHAEL R. MERZ**

**COURT REPORTER:** Cathy Schutte-Stant
**DIGITAL RECORDING #:** MRM070122-085342

**COURTROOM DEPUTY:** Gayle Hays

**PLAINTIFF(S) COUNSEL:**                    **DEFENDANT(S) COUNSEL**

                                              Lauren Ross

**DOCKET ENTRY/ORDERS:**

**Plaintiff not present; Defense counsel Lauren Ross states for the record the plaintiff told her in a telephone call on Friday, 1/19/07, he would not be here as he had no transportation. The Motion for Preliminary Injunction is taken under advisement and the parties will be advised in writing of the Court's decision.**

|  |  |
|---|---|
| **Convened:** | **9:35** |
| **Recessed:** | **9:40** |