# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO  WESTERN DIVISION AT DAYTON (CATCHMENT DISTRICT)

2007 JAN 24 P 4: 44

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST DIV. COLUMBUS

**WAYNE DOYLE**

Plaintiff,                    Case no. 307-cv-003

-vs.-                        District Judge Thomas M. Rose
                             And  Chief Magistrate Judge
                             Michael R. MerZ

**JOHN MC CONAGHA  and
the Clark County Library et al,**

Defendants.

## _RENEWED RESTRAINING ORDER MOTION_

## _MOTION TO TRANSFER CASE BACK TO COLUMBUS_

### _IN SUPPORT OF THE FOREGOING_

_On   January 12, 2007, Plaintiff Wayne Doyle motioned this court for a
"EMERGENCY" restraining order which was .denied.   Once again
I , Wayne Doyle , a United States of America free citizen, ,Motion this court
to look closer at the January 5, 2997 telephone conference record and  John
Mc Conahgha (in the record) (unverified unwarranted unlawful  reason why
Wayne Doyle is not allowed to enter upon the grounds of the Clark County
Library._

INJUSTICE ANYWHERE IS A THREAT TO JUSTICE EVEREWHERE

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF OHIO  WESTERN DIVISION AT DAYTON
(CATCHMENT DISTRICT)

*1.     Does the Constitution allow a person the right to face a
accuser?*

**2.     Judge Merz said:  We don't have a witness statement.**

**3.     Judge Merz said:  The only evidence we have is that
McConagha said it was made.**

**4.     Judge Merz said:   No…. He's not a witness of what
happened in the library.**

**5.     Wayne Doyle asked Attorney Ross, "does she understand
That there was no one else in the meeting or hearing except me
and my attorney?**

**6.     Judge Merz answered: she understands that and I do to.**

## RECONSIDERATION

**There is no accuser who has come forth  in the meeting or
hearings to identify Wayne Doyle as the person starring at  and
following the alleged victim Angie Jones, not even the alleged
victim Angie Jones.  Therefore herefore whenceforth if there is
no victim where is the crime?**
**Question for this court to answer:can  a person be punished for
a crime that hasn't  been proven that it was committed?**

INJUSTICE ANYWHERE IS A THREAT TO JUSTICE EVEREWHERE

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF OHIO  WESTERN DIVISION AT DAYTON
(CATCHMENT DISTRICT)

**Question for this court to answer:**
**"Innocent until proven guilty"**
**What does that mean?**

**The library has no defense, no cause of action.**

*No where . in this courts records does it prove or show that  Wayne*
*Doyle has been identified as the person who harassed the alleged*
*Angie Jones.  Therefore Wayne Doyle motions this court*
*To grant  the emergency restraining order, allowing Wayne Doyle*
*to enter onto the Clark County Library grounds starting TODAY*
*January 24,2007.  The immediate removal of the unlawful ban is*
*the only action that can  repair the harm for today.*

**<u>Mistaken Identity</u>**

**The  Library nor the court can prove that Wayne Doyle was**
**starring  or following anyone around the library.**
/

*.NOTORIZED STATEMENT*

**(<u>Concerning</u>** *The alleged Angie Jones statement of 3/18/2005)*
*I, Wayne Doyle states that  on  or about  March 18,2005 ,I did not*

INJUSTICE ANYWHERE IS A THREAT TO JUSTICE EVEREWHERE

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF OHIO  WESTERN DIVISION AT DAYTON
(CATCHMENT DISTRICT)

*harass or follow Angie Jones or  stare at anyone or do anything
that was against the Clark County rules or the Ohio revised code
concerning conduct.*

*Signed this 24th day of January
2007.* _____

—

**Notary**

_____

## RELIEF SOUGHT

*1.  EMERGENCY RESTRAINING ORDER TO BE PUT IN
MOTION IMMEDIATELY ACCORDING TO CASE LAW, NOT
"OUTLAW"*

*2.  TRANSFER THIS CASE OUT OF THE "CATCHMENT"
DISTRICT BACK TO THE FEDERAL COURT IN COLUMBUS,
OHIO WHERE I FILED IT.*

INJUSTICE ANYWHERE IS A THREAT TO JUSTICE EVEREWHERE

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF OHIO  WESTERN DIVISION AT DAYTON
(CATCHMENT DISTRICT)

## *SERVICE*

*I herby certify that a true copy of the renewed  restraining order
motion was served upon Lauren M. Ross, P.o. Box 1488
Springfield, Ohio 45501-1488  Martin, Browne, Hull& Harper,
P.L.L. One S. Limestone St.  Suite 800 by regular mail this
_____ day of January 2007.*

_____

**INJUSTICE ANYWHERE IS A THREAT TO JUSTICE EVEREWHERE**