IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF OHIO WESTERN DIVISION AT DAYTON
(CATCHMENT DISTRICT)

WAYNE DOYLE

        Plaintiff,            Case no. 307-cv-003

-vs.-                        District Judge Thomas M. Rose
                              And Chief Magistrate Judge
                              Michael R. MerZ

JOHN MC CONAGHA and
the Clark County Library et al,

        Defendants.


## REQUEST FOR TRANSCRIPTION OF THE FOLLOWING:

1.    January 5, 2007, telephone conference between Wayne Doyle, Judge Merz, and attorney Rose.

2.    January 22, 2007, Proceedings, Preliminary injunction hearing.


## IN SUPPORT OF THE FOREGOING

Judge Merz 1/16/2007 supplemental report and recommendations stated: "Plaintiff relies on his version of what happened during the temporary restraining order hearing". Even though the courts record which the court has access to will say exactly what I have

INJUSTICE ANYWHERE IS A THREAT TO JUSTICE EVEREWHERE

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF OHIO WESTERN DIVISION AT DAYTON
(CATCHMENT DISTRICT)

*said; Im requesting a copy of the hearing to confirm what I already have submitted to this court.*

_____*Wayne Doyle*_____
Wayne Doyle

*I hereby certify that a true copy of the transcription of the telephone motion was served upon Lauren M Ross Po. Box 14888 Springfield, Ohio 45501-1488 One Limestone st. Suite 800 by regular mail this 24th day of January 2007.*

INJUSTICE ANYWHERE IS A THREAT TO JUSTICE EVEREWHERE

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF OHIO WESTERN DIVISION AT DAYTON
(CATCHMENT DISTRICT)

## SERVICE

*I herby certify that a true copy of the renewed restraining order motion was served upon Lauren M. Ross, P.o. Box 1488 Springfield, Ohio 45501-1488 Martin, Browne, Hull& Harper, P.L.L. One S. Limestone St. Suite 800 by regular mail this ____ day of January 2007.*

*Wayne Doyle*