# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

WAYNE DOYLE,

            Plaintiff,     :     Criminal Case No. 3:07-cv-03

- vs -

JOHN MCCONAGHA, et al,     Chief Magistrate Judge Michael R. Merz

            Defendant.     :

## ORDER FOR TRANSCRIPT

It is hereby ORDERED that the court reporter, Debra Futrell, shall be paid for her services and for the transcripts of the telephone conference rendered on January 05, 2007, for the use of this Court.

IT IS SO ORDERED.

January 26, 2007

                                            s/ Michael R. Merz
                                      Chief United States Magistrate Judge

Dockets.Justia.com