# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

WAYNE DOYLE,

        Plaintiff,    :    Criminal Case No. 3:07-cv-03

- vs -

JOHN MCCONAGHA, et al,    Chief Magistrate Judge Michael R. Merz

        Defendant.    :

## ORDER FOR TRANSCRIPT

It is hereby ORDERED that the court reporter, Cathy Schutte-Stant, shall be paid for her services and for the transcripts of the Preliminary Injunction Hearing rendered on January 22, 2007, for the use of this Court.

IT IS SO ORDERED.

January 26, 2007

                                      s/ Michael R. Merz
                           Chief United States Magistrate Judge