UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**WAYNE DOYLE et al.,**

          **Plaintiff,**

-vs-                              **Case No.  C-3-07-003**

**CLARK COUNTY PUBLIC LIBRARY,**
**et al.**                              **District Judge Thomas M. Rose**

          **Defendants**
_____

**ENTRY AND ORDER OVERRULING PLAINTIFF'S OBJECTIONS (DOC. #8), ADOPTING CHIEF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #5) AND SUPPLEMENTAL REPORT AND RECOMMENDATIONS (DOC. #10) DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**
_____

      This matter comes before the Court pursuant to the Report and Recommendations (Doc. #5) issued by Chief Magistrate Judge Michael Merz on January 8, 2007.  Plaintiff filed Objections (Doc. #8) to said Report and Recommendations on January 10, 2007.  In response to said objections, the Chief Magistrate Judge, pursuant to the General Order of Reference for the Dayton location of Court issued a Supplemental Report and Recommendations (Doc. #10) on January 16, 2007, to which no objections were filed.

      The Court has reviewed the comprehensive findings of the Chief Magistrate Judge in both the Report and Recommendations (Doc. #5) and the Supplemental Report and Recommendations (Doc. #10) as well as Plaintiff's Objections (Doc. #8) filed as to the original Report and Recommendations.  The Court has considered these and all filings in this matter de novo.  Upon consideration of all the foregoing, the Court does determine that both the Report and Recommendations (Doc. #5) and the Supplemental Report and Recommendations (Doc. #10) are well-founded and are ADOPTED in their

entirety.  The Plaintiff's Objections (Doc. #*) to the initial Report and Recommendations (Doc. #5) are OVERRULED.

It is therefore ORDERED that Plaintiff's Motion for Temporary Restraining Order is DENIED pending a hearing on his Motion for preliminary injunction which is to be reset after the Chief Magistrate conducts a preliminary pretrial conference.

February 8, 2007                                             **s/THOMAS M. ROSE**

                                                                                                                                                     _____
                                                                                          THOMAS M. ROSE, JUDGE
                                                                                          UNITED STATES DISTRICT COURT