IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF OHIO WESTERN DIVISION AT DAYTON
(CATCHMENT DISTRICT)

**WAYNE DOYLE**

       Plaintiff,                  Case no. 307-cv-003

    -vs.-                          District Judge Thomas M. Rose
                                      And Chief Magistrate Judge
                                      Michael R. MerZ

**JOHN MC CONAGHA and
the Clark County Library et al,**

       Defendants.

## RENEWED RESTRAINING ORDER MOTION

### IN SUPPORT OF THE FOREGOING

On January 12, 2007, Plaintiff Wayne Doyle motioned this court for a "EMERGENCY" restraining order which was .denied. Once again *I*, Wayne Doyle, a United States of America free citizen, ,Motion this court to look closer at the January 5, 2007 telephone conference record and John Mc Conahgha (in the record) (unverified unwarranted unlawful reason why Wayne Doyle is not allowed to enter upon the grounds of the Clark County Library.

INJUSTICE ANYWHERE IS A THREAT TO JUSTICE EVEREWHERE

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF OHIO WESTERN DIVISION AT DAYTON
(CATCHMENT DISTRICT)

1. *Does the Constitution allow a person the right to face a accuser?*

2. *Judge Merz said: We don't have a witness statement.*

3. *Judge Merz said: The only evidence we have is that McConagha said it was made.*

4. *Judge Merz said: No.... He's not a witness of what happened in the library.*

5. *Wayne Doyle asked Attorney Ross, "does she understand That there was no one else in the meeting or hearing except me and my attorney?*

6. *Judge Merz answered: she understands that and I do to.*

## RECONSIDERATION

*There is no accuser who has come forth in the meeting or hearings to identify Wayne Doyle as the person starring at and following the alleged victim Angie Jones, not even the alleged victim Angie Jones. Therefore herefore whenceforth if there is no victim where is the crime?*
*Question for this court to answer: can a person be punished for a crime that hasn't been proven that it was committed?*

INJUSTICE ANYWHERE IS A THREAT TO JUSTICE EVEREWHERE

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF OHIO  WESTERN DIVISION AT DAYTON
(CATCHMENT DISTRICT)

*Question for this court to answer:*
*"Innocent until proven guilty"*
*What does that mean?*

*The library has no defense, no cause of action.*

No where . in this courts records does it prove or show that Wayne Doyle has been identified as the person who harassed the alleged Angie Jones. Therefore Wayne Doyle motions this court
To grant the emergency restraining order, allowing Wayne Doyle to enter onto the Clark County Library grounds starting TODAY
           ,2007. The immediate removal of the unlawful ban is the only action that can repair the harm for today.


### Mistaken Identity


*The Library nor the court can prove that Wayne Doyle was starring or following anyone around the library.*
/


.NOTORIZED STATEMENT

(**Concerning**  The alleged Angie Jones statement of 3/18/2005)
I, Wayne Doyle states that on or about March 18,2005 ,I did not

INJUSTICE ANYWHERE IS A THREAT TO JUSTICE EVEREWHERE

Case 3:07-cv-00003-TMR-MRM    Document 30    Filed 02/28/2007    Page 4 of 6

I wayne Doyle states that on or about March 18, 2005, I did not Harass or Follow Angie Jones or stare at anyone or do anything that was against the Clark County Library Rules, or the OHIO Revised Code Concerning Conduct

Sign on this 24th day of January 2007

X Wayne Doyle

William E. Hood
NOTARY PUBLIC

Sworn To and Subscribed in my presence
my commission expires mar 16, 2011

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF OHIO WESTERN DIVISION AT DAYTON
(CATCHMENT DISTRICT)

*harass or follow Angie Jones or stare at anyone or do anything that was against the Clark County rules or the Ohio revised code concerning conduct.*

*Signed this 28th day of February 2007.* _____

**Notary**

_____

## RELIEF SOUGHT

### 1. EMERGENCY RESTRAINING ORDER TO BE PUT IN MOTION IMMEDIATELY ACCORDING TO CASE LAW, NOT "OUTLAW"

**INJUSTICE ANYWHERE IS A THREAT TO JUSTICE EVEREWHERE**

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF OHIO WESTERN DIVISION AT DAYTON
(CATCHMENT DISTRICT)

## SERVICE

*I herby certify that a true copy of the renewed restraining order motion was served upon Lauren M. Ross, P.o. Box 1488 Springfield, Ohio 45501-1488 Martin, Browne, Hull& Harper, P.L.L. One S. Limestone St. Suite 800 by regular mail this 28th day of February 2007.*

*Wayne Doyle* (signature)

**INJUSTICE ANYWHERE IS A THREAT TO JUSTICE EVEREWHERE**