AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

_____ District of _____

Wayne Doyle

v.

John McConagha

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:07-CV-0003

TO: (Name and address of Defendant)

John McConagha
201 Fountain Ave
Springfield Ohio 45506

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

James Bonini, Clerk

CLERK

(By) DEPUTY CLERK

DATE 2/28/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Wayne Doyle

v.

John Mcconagha

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:07-CV-0003

TO: (Name and address of Defendant)

Clark County Library
201 Fountain Ave
Springfield Ohio 45506

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

James Bonini, Clerk

CLERK

(By) DEPUTY CLERK

DATE 2/28/07