# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

WAYNE DOYLE,

      Plaintiff,       :      Case No. 3:07-cv-003

                                                District Judge Thomas M. Rose

    -vs-                             Chief Magistrate Judge Michael R. Merz

                                  :

CLARK COUNTY PUBLIC LIBRARY,
  et al.,

      Defendants.

## DECISION AND ORDER DENYING SECOND MOTION TO AMEND

This case is before the Court on Plaintiff's second Motion to Amend Complaint (Doc. No. 32).

Under Fed. R. Civ. P. 8, a complaint is required to be a plain and simple statement of the claim and a prayer for relief. Without attempting to enforce that Rule, the Court allowed Plaintiff, who is proceeding *pro se*, to file his First Amended Complaint. However, the proposed second amended complaint contains no new claims, but merely is supported by many pages of evidence, including copies of pages of transcript from prior hearings. Since the proposed second amended complaint adds no new claims and much matter which is inappropriate in a pleading, Plaintiff is denied leave to file it.

March 1, 2007.

                                                                           s/ **Michael R. Merz**
                                                          Chief United States Magistrate Judge