# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

WAYNE DOYLE,

        Plaintiff,      :      Case No. 3:07-cv-003

                                      District Judge Thomas M. Rose
    -vs-                              Chief Magistrate Judge Michael R. Merz

                                :

CLARK COUNTY PUBLIC LIBRARY,
  et al.,

        Defendants.

## DECISION AND ORDER DENYING RENEWED REQUESTS FOR DEFINITE STATEMENT

This case is before the Court on Plaintiff's filing of March 13, 2007 (Doc. No. 36) in which he again requests findings of fact and conclusions of law and/or a definite statement under Fed. R. Civ. P. 12(c).

Nothing stated in this filing persuades the Court that its prior rulings regarding findings of fact and conclusion of law were incorrect. Furthermore, Fed. R. Civ. P. 12(c) applies to pleadings of an opposing party, not judicial rulings.

Plaintiff complains that Defendants have not responded to the Complaint. As the Court has repeatedly advised Plaintiff, the Defendants have no duty to respond until they have been properly served with process in the case.

The requests for further relief and/or reconsideration made in Plaintiff's most recent filing are denied.

March 14, 2007.

                                                           s/ **Michael R. Merz**
                                               Chief United States Magistrate Judge