IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

2007 MAR 16 P 3:00

**WAYNE DOYLE**

    Plaintiff,

-vs-

**CLARK COUNTY LIBRARY,**
Et al.,

    **Defendants.**

Case No. 3:07-cv-003

District Judge Thomas M. Rose
Magistrate Judge Michael R. Merz

---

Motion

Present and 4th -RENEWED EMERGENCY RESTRAINING ORDER

---

TAKEN FROM JANUARY ,2007,(COURT) PROCEEDING.

1. THE COURT "We don't have a witness statement.
2. THE COURT "The only evidence we have is that McConagha <u>said</u> it was made,
3. THE COURT "<u>He's not a witness</u> of what happened in the library.
4. THE COURT "She understands thaat and I do to.
5. " <u>There was never any tape recording.</u>
6. Wayne Doyle " I DON'T KNOW A MRS JONES PROBABLY NEVER SEEN HER BEFORE"

<u>IN SUPPORT OF THE FOREGOING AND THE FOLLOWING</u>

**PLAINTIFF DOYLE HAS UNCONTESTED NOTORIZED STATEMENT AND FACTS ON THE RECORD.**

ATTACHED YOU WILL FIND THE FOLLOWING:

*Wayne Doyle* (signature)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT
EASTERN DIVISION

Wayne Doyle
202 Southern Avenue
Springfield, Ohio 45506

    Plaintiff,

v.

John McConagha and
Clark County Library et,al
201 Fountain Avenue
Springfield, Ohio 45506

    Defendants.

Case No CV 0003
Judge
Magistrate

Jury Demand

## MOTION OF PLAINTIFF FOR TEMPORARY RESTRAINING ORDER

Now comes Plaintiff Wayne Doyle pursuant to Fed R.Civ.P65, to Respectfully move this Court for immediate issuance of a restraining order Barring defendants from prohibiting him from use or be in or on the Grounds of any Clark County Library unless or until he exhibits Behaviour which violative of R.C. 3917.12.



WAYNE DOYLE