# INCIDENT REPORT

**1**

Branch: Dayton
Date of Incident: 3/15/05
Time of Incident: 2:00 pm

| 1. Client | Address | Post |
|---|---|---|
| Clark County Library | 201 South Fountain Ave. 5th Fl | |

2. Police / Fire Department Notified: ☐ Yes ☐ No   Time:   Officer's Name:   RPT#/Badge #

3. Securitas Office Notified: ☐ Yes ☐ No   Time:   Name:   Title:

4. Client Notified: ☑ Yes ☐ No   Time:   Name: John McConegha   Title: Director

5. Persons Involved/Witnesses (insert category of relationship letter opposite name in "*" column)   A. Employee   B. Client Employee   C. Other

| * | Name / Position Title | Phone Number | Organization Name and Address |
|---|---|---|---|
| | Augie Jones | 937-520-6774 | Patron |

6. Description of Property / Equipment ( example: Brand, Model, License or Serial #, Color, Year )

None

7. Description of Incident / Injury (WHO, WHAT, WHERE, WHY, and HOW. Include all information in detail and attach statement if required.)

Augie Jones told me Jeff Smith, Security Officer that Wayne Doyle was harassing her on the Date of March 18th 2005. She gave me her name and number on March 20th 2005. With a full detailed complaint of the incident.

Augie said he was following her around the Library, and Staring at her, Making her feel uncomfortable. This was not the first time he has followed her around. Augie told me that she has seen Wayne in the Back section of the Library, messing around with young females, and comping [?] around with them. Augie was very concerned about the well being of the young girls. On March 21st 2005 12:50pm John Dempsey Security Officer gave Wayne Doyle the letter that the Director told him to give to Wayne Doyle. See Attached Sheet

Officer Name: Jeffrey S. Smith    Signature: Jeffrey S. Smith    Date & Time of Report: 3/21/05

Margin notes: "where?", "Rape this", "FACE The Accuser"

John Dempsey told Wayne Doyle that he was to leave the property, to read the letter, and that he was trespassing, but he did <u>not leave</u> the property. He asked to see the Director. I, John Dempsey escorted him to the Directors Office. The Director John McConagha informe him, he was trespassing, and was to leave now, or the Police would be called immediat. Wayne Doyle said OK, and left.