

**CLARK COUNTY PUBLIC LIBRARY**
The Information Place.

MAIN LIBRARY
201 SOUTH FOUNTAIN AVE
PO BOX 1080
SPRINGFIELD OHIO
45501-1080
937 323-9751
FAX: 937 328-6908
www.ccpl.lib.oh.us

HOUSTON BRANCH
5 W JAMESTOWN ST
BOX 127
SOUTH CHARLESTON OHIO
45368
937 462-8047

INDIAN MOUND
BRANCH
45 INDIAN DR
ENON OHIO
45323
937 864-2502

PARK CENTER BRANCH
1119 BECHTLE AVE
SPRINGFIELD OHIO
45504
937 322-2498

SOUTHERN VILLAGE
BRANCH
1123 SUNSET AVE
SPRINGFIELD OHIO
45505
937 322-2226

(2)

March 21, 2005

Mr. Wayne Doyle

Dear Mr. Doyle:

    Because you have violated the Clark County Public Library's Code of Conduct by staring, following a library user about the library, and harassing a library user, you are banned effective March 21, 2005 until March 21, 2007 from all library facilities. The complaint against you was made to one of our security officers at the Main Library on Friday, March 18, 2005 by a female African-American library user. I confirmed the complaint by phone today.

    Under the ban you are not permitted to use or be in or on the grounds of any Clark County Public Library facility. If you are on the property of any Clark County Public Library facility during the ban time period, you will be arrested for trespassing.

    You may appeal this decision in writing to me within 30 days of your receipt of this letter. Your appeal may include your version of events on March 18, 2005.

Sincerely,

John McConagha
Library Director

*[handwritten annotation: 2nd hand information]*