

the Second Conviction

4.25.05
Wayne Doyles
Statement Given
To. John McConaghz (4)

• several occasions
• from out of Town
• occasionally uses CCPL

Unverified
Hear - Say

March 30, 2005

Notes from John McConagha's phone call to complainant regarding March 18, 2005 incident:

John McConagha, Library Director, called the complainant on March 21, 2005, regarding harassment by Wayne Doyle. The complainant, an African-American female adult, informed me that Mr. Doyle had been staring at her and following her on several occasions. When asked for a specific date/time, she indicated that one instance was in the afternoon on Friday March 18, 2005. The complainant said that she was from out of town and only occasionally uses CCPL, but was in the library to do some research. She further indicated that she observed Mr. Doyle staring at and following teenagers and younger children. The complainant said that Mr. Doyle situated himself in the Teen Room at the Main Library in such a way as to be able to stare at teenage children in the Teen Room and to stare at young children in the adjacent Children's Room. She observed the same behavior from Mr. Doyle toward herself and others on Saturday, March 19 as well. She filed a complaint with the library security officer on Sunday, March 20.

a Statement From Wayne Doyle
I allso have witnesses From Security Staff Name John Dempsey, on the second page of the incident Report, that there were No teens or Children in the teen area at No time, when I was useing the area alone to read certain Book that were in that area.
Other Adults use the same area without (CLo