IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHWESTERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| WAYNE DOYLE | : | CASE NUMER C-3-07-0003 |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | : | Chief Magistrate Judge Michael Merz |
| - vs - | : | |
| CLARK COUNTY PUBLIC LIBRARY, et al. | : | |
| Defendants. | : | **NOTICE OF SUBSTITUTION OF COUNSEL** |

TO THE CLERK:

Please substitute the undersigned for Lauren Marie Ross and William R. Groves as counsel for Defendants, Clark County Public Library and John McConagha in this case:

> Lois A. Gruhin (#0012672)
> Zashin & Rich Co., LPA
> 21 East State Street, Suite 1900
> Columbus, Ohio 43215
> (614) 224-4411
> (614) 224-4433 Facsimile

Respectfully submitted,

ZASHIN & RICH CO., L.P.A.

_____
LOIS A. GRUHIN (0012672)
21 East State Street, Suite 1900
Columbus, Ohio 43215
(614) 224-4411
(614) 224-4433 Facsimile
*Attorney for Defendants,*
*Clark County Public Library and*
*John McConagha*

## CERTIFICATE OF SERVICE

I certify that the foregoing was served by regular mail on the 20th day of March, 2007 upon the following:

Wayne Doyle
202 Southern Avenue
Springfield, Ohio 45506

Plaintiff


Lauren Marie Ross, Esq.
Martin Browne Hull & Harper-2
PO Box 1488
One S. Limestone Street, 8th Floor
Springfield, Ohio 45501-1488

William R. Groves, Esq.
Martin Browne Hull & Harper PLL-3
One S. Limestone Street, 8th Floor
Springfield, Ohio 45502

_____
LOIS A. GRUHEN (0012672)
*Attorney for Defendants,*
*Clark County Public Library and*
*John McConagha*