# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**WAYNE DOYLE,**

                     **Plaintiff,**        **Case No. 3:07-cv-003**

**-vs-**

                                                **District Judge Thomas M. Rose**

**CLARK COUNTY PUBLIC**           **Chief Magistrate Judge Michael Merz**
**LIBRARY, et al.,**

                    **Defendants**

___

### ORDER ADOPTING REPORT AND RECOMMENDATIONS
___

       The Court has reviewed the Report and Recommendations of the Chief United States Magistrate Judge Michael R. Merz (Doc. #34), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 20, 2007, hereby ADOPTS said Report and Recommendations.

       It is therefore ORDERED that the Plaintiff's Third Motion for Temporary Restraining Order be DENIED.

       IT IS SO ORDERED.

March 27, 2007                                     **s/THOMAS M. ROSE**

                                                       _____
                                                       THOMAS M. ROSE, JUDGE
                                                       UNITED STATES DISTRICT COURT