# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

WAYNE DOYLE,

       Plaintiff,             :         Case No. 3:07-cv-003

                                            District Judge Thomas M. Rose
   -vs-                             Chief Magistrate Judge Michael R. Merz

                                     :

CLARK COUNTY PUBLIC LIBRARY,
  et al.,

       Defendants.

---

**ORDER ADOPTING REPORT AND RECOMMENDATIONS ON PLAINTIFF'S FOURTH RENEWED MOTION FOR TEMPORARY RESTRAINING ORDER**

---

      The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #39), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on April 5, 2007, hereby ADOPTS said Report and Recommendations.

      It is therefore ORDERED that Plaintiff's Fourth Motion for Emergency Restraining Order (Doc. No. 38), be, and it hereby is, DENIED.

April 16, 2007.                           **s/THOMAS M. ROSE**

                                                                              _____
                                                                               Thomas M. Rose
                                                                     United States District Judge

Dockets.Justia.com