IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

2007 APR 18 P 1:04

WAYNE DOYLE

      Plaintiff,

-vs-

JOHN Mc Conagha and
The CLARK COUNTY LIBRARY,
Et al.,

Defendants.

Case No. 3:07-cv-003

District Judge Thomas M.Rose
Chief Magistrate Judge Michael Merz

## -MOTION TO AMEND COMPLAINT-
### MOTION FOR (CLARITY) FROM THE COURT CONCERNING:

1. On January 4, 2007, Plaintiff Doyle filed a <u>verfied complaint</u> with the Court. No time stamp or document page numbers are associated with that filing in the court's records. Ouestion for this Court – Where is the time stamp and the page numbers for this filing?

2. On January 8, 2007, Plaintiff Wayne Doyle filed amended complaint with the court. This amended complaint was filed under miscellaneous and then terminated on January 10, 2007. Ouestion for this Court…Why was the amended complaint filed under miscellaneous relief then terminated?

3. On January 16, 2007, Plaintiff Wayne Doyle attempted to amend the complaint because there was no record of the first amended complaint filed on the Court's docket that included the <u>Race Discrimination Claim's</u> in which Plaintiff Wayne Doyle had listed in the pleadings. Ouestion for this Court---- (A)Why doesent the amended complaint have a time stamp nor a case caption attached with the pleading Plaintiff Wayne Doyle filed with this Court?(b)The case file is not complete- Race and additional claims are missing.



Case 3:07-cv-00003-TMR-MRM    Document 49    Filed 04/18/2007    Page 2 of 4

4. On March 30, 2007, Defendant John McConagha filed a amended civil rule 12(b)(6) Motion to dismiss. Question for this Court?----If the January 8, 2007, amended complaint was filed under miscellaneous relief then terminated on January 10,2007,How did, what did the defendants respond to?

## RELIEF SOUGHT

(A) Plaintiff Wayne Doyle to be allowed to Amend the Complaint to include all of the claims left out and mixed up in the file.
(B) The Court to Clerify and answer all of the above questions asked by Plaintiff Wayne Doyle.

## SERVICE

Mailed to: Lois a, Gruhin
21 East State Street
Columbus, Ohio 43215
This 16th day of April, 2007.

*Wayne Doyle*

202 W Southern Ave
Spring Field Ohio 45506

Case 3:07-cv-00003-TMR-MRM    Document 49    Filed 04/18/2007    Page 4 of 4