FILED
JAMES BONINI
CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

2007 APR 18 P 1: 04

**WAYNE DOYLE**           Case No. 3:07-cv-003

     Plaintiff,

     -vs-             District Judge Thomas M. Rose
                        Chief Magistrate Judge Michael Merz

**JOHN McConagha and**
**The CLARK COUNTY LIBRARY,**
**Et al.,**

     Defendants.

## . MOTION FOR:

1.   Time to hire legal counsel to represent me.
2.   Additional time to respond to defendant John Mc Conagha March 30,2007, Motion to dismiss.

## IN SUPPORT OF THE FOREGOING

    I, Wayne Doyle recently found out that my pleadings filed with the Court were incomplete and incorrect.  See attached.

## RELIEF SOUGHT

I, Wayne Doyle would like a additional (60) days to obtain legal counsel organize the case file,  and respond to the defendant's motion to dismiss.

## SERVICE
Mailed to:  Lois a Gruhin
21 East State Street
Columbus,Ohio 43215
This 16th day of April,2007.

*Wayne Doyle*

Dockets.Justia.com



**43°**
Forec

| Home | News | Sports | Entertainment | Living | Blogs & Opinions | Photos & Video | Help |

Business   Local News   Nation & World   Obituaries   Weather   NIE

# Ex-patron sues library



Wayne Doyle is suing the Clark County Library for nearly $400,000, claiming racial discrimination. > Article

2 of 2

**Only at SpringfieldNewsSun.com**

**Summer movie preview**

**Save money! Print out valuable coupons**

**Stories you'll want to read**

**MSNBC drops shock jock Imus**

**Dad, baby die after apartment building explodes**

**Author Kurt Vonnegut dies at 84**

> More offbeat news

**Latest headlines**

**Man allegedly owes $62,358 in support** 04-12-07

**Ex-patron sues library in federal court over two-year banishment** 04-12-07

**Bill would require emergency rooms** 04-12-07

**Teens charged after jumping off cliff while fleeing police** 04-12-07

**Mile walk will promote benefits of exercise** 04-12-07

**Furniture store opening in Bechtle retail complex** 04-12-07

**Prosecutors drop charges in Duke case** 04-11-07

**New furniture store open on Bechtle Avenue** 04-11-07

**Senators join criticism of Ohio Guard deployment** 04-11-07

**Teachers sound off over lack of a deal (comment on this)** 04-11-07

Local news | All headlines | Most popular

RESULTS                REDS                SHAPE UP                BENGALS

SALUTE TO NURSES

2/2007 8:

Welcome, mich



**43°**
Forec

CLASSIFIEDS
AUTOS
REAL ESTATE
JOBS
SHOPPING



E-mail this page          Print this page          Most popular

# Ex-patron sues library in federal court over two-year banishment

 **Click-2-Listen**

By Valerie Lough Staff Write

Thursday, April 12, 2007

Wayne Doyle frequented the main branch of the Clark County Public Library for many years.

He considered himself a loyal patron until 2005, when library officials violated his civil rights, he said. Now, he's suing the library for nearly $400,000.

**Latest headlines**

- Man ellegedly owes $62,358 in support
- Ex-patron sues library in federal court over two-year banishment
- Teens charged after jumping off cliff while fleeing police
- Bill would require emergency rooms
- Mile walk will promote benefits of exercise

He filed a lawsuit in U.S. District Court against the library and Director John McConagha, claiming racial discrimination. Doyle is seeking $350,000 in damages because he was banned from the library for two years.

He was banned for violating library policies by harassing other patrons, according to documents library officials sent him, Doyle said.

He did not bother anyone, and wasn't given the opportunity to defend himself before the ban was imposed, Doyle said.

**The circumstances**

T

CU
NO
Vie

VIL
THE
Vie

SA
GRI
Vie

MA

Case 3:07-cv-00003-TMR-MRM    Document 50    Filed 04/18/2007    Page 7 of 36

Doyle is accused of harassing an unidentified female library patron on March 18, 2005.

Get latest headlines via RSS feeds

In a library incident report, a security officer at the main branch wrote that the woman said Doyle "was following her around the library and staring at her, making her feel uncomfortable."

As a result, McConagha wrote Doyle a letter, informing Doyle that he was banned from the library from March 21, 2005 to March 21, 2007.

When Doyle visited the library on March 21, 2005, he was handed the letter and told to leave or be arrested for trespassing, he said. He appealed the decision, and following a hearing with McConagha on April 15, 2005, the ban was upheld.

Doyle has not visited the library since then.

### Letter a surprise

Doyle said he wasn't aware of any problems until he received McConagha's letter.

"No one asked me if I did anything or got my side of the story," said Doyle. "I was minding my own business, and they handed me this letter and told me I was banned."

Doyle said he believes library officials fabricated the story to keep him out, a move he says was racially motivated.

"I think it was part of it," he said. "I don't think it was the only thing."

He's afraid the library's policy allows officials to ban any patron for any reason, Doyle said.

"There's no telling how many other people they've done this to, white and black," he said.

The library's former director, Bob Saunter, questioned him years ago regarding similar complaints, but he was never banned from the library, Doyle said.

Although the ban expired weeks ago, Doyle said he has not returned to the library.

"I don't feel comfortable going into that facility," he said.

### Library code of conduct

Patty Fonseca, the library's assistant director, declined comment.

She would not discuss the library's procedure for banning patrons or the number of people who have been banned. She referred all questions to the library's policy manual.

In the March 21 letter to Doyle, McConagha wrote that the complaint was made by "a female African-American library user."



According to the library's policy manual, patrons "shall not harass or annoy others by ... staring, following another person about the building, or behaving in a manner which reasonably can be expected to disturb others."

Patrons may be banned from six months to two years for violating any of the policies, according to the manual.

The library's code of conduct suggests that patrons aren't notified prior to being banned.

"Facility managers will issue the ban after consultation with the library director," according to the code of conduct. "Persons banned will be notified in writing if possible. They may appeal the ban in writing to the Library Director within 30 days of the receipt of the ban letter."

In a letter to Doyle's attorney April 25, 2005, McConagha wrote that, upon appeal, Doyle was given the opportunity to tell his side of the story.

However, McConagha upheld the ban, in part because Doyle "was not able to offer an explanation of why the complainant would fabricate such a story."

Contact this reporter at (937) 328-0360 or vlough@coxohio.com

## Sponsored links

Buy a link...

**Divorce Resource Center**
Comprehensive 50-state divorce laws and directory. First in Divorce On Line since 1995
Divorcenet.com

**The Lending Center®**
FICO score of 500? Get quick/easy home loan financing - No hidden Fees
www.thelendingcenter.com

Home   News   Sports   Entertainment   Opinions   Lifestyles   Cars   Jobs   H
SpringfieldNewsSun.com:   Advertise   Customer Service - FAQ   Our Partners   Rated with ICRA

Copyright ©2007 Cox Ohio Publishing, Dayton, Ohio, USA. All rights reserved

By using SpringfieldNewsSun.com, you accept the terms of our **visitor agreement** and **privacy policy**. You may



## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

WAYNE DOYLE,

              Plaintiff,           :        Case No. 3:07-cv-003

                                           District Judge Thomas M. Rose

       -vs-                        Chief Magistrate Judge Michael R. Merz

                             :

CLARK COUNTY PUBLIC LIBRARY,
et al.,

              Defendants.

---

### ORDER TO *PRO SE* PLAINTIFF

---

Plaintiff is hereby notified that Defendants have filed an Amended Motion to Dismiss this case pursuant to Fed. R. Civ. P. 12(b)(6) on various grounds (Doc. No. 46). Plaintiff is required to respond to this Motion not later than April 23, 2007.

The Amended Motion to Dismiss was made under Fed. R. Civ. P. 12(b)(6) whose purpose is to allow a defendant to test whether, as a matter of law, the plaintiff is entitled to legal relief even if everything alleged in the complaint is true. *Mayer v. Mylod*, 988 F.2d 635, 638 (6th Cir. 1993), citing *Nishiyama v. Dickson County, Tennessee*, 814 F.2d 277, 279 (6th Cir. 1987). Put another way, "The purpose of a motion under Rule 12(b)(6) is to test the formal sufficiency of the statement of the claim for relief; it is not a procedure for resolving a contest about the facts or merits of the case." Wright & Miller, FEDERAL PRACTICE AND PROCEDURE: Civil 2d § 1356 at 294 (1990). In other words, the purpose of the Motion is not to test Plaintiff's evidence or proof of his claims. Instead, a motion under Rule 12(b)(6) essentially claims that, even if everything a plaintiff says in his Complaint is true, he is still not entitled to relief. Plaintiff should prepare his response with this standard in mind.

March 31, 2007.

                                        s/ **Michael R. Merz**
                                   Chief United States Magistrate Judge

NO TIME STAMP

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **Wayne Doyle** | Civil case 3 : 0 7 CV 0 0 0 3 |
| 202 Southern Avenue | Judge |
| Springfield, Ohio 45506 | Magistrate |
| Plaintiff, | Jury Demand |
| v. | COMPLAINT |
| John McConagha and | |
| Clark County Library et,al | |
| 201 Fountain Avenue Springfield, | |
| Ohio 45506 | |
| Defendant's | |

---

## PLAINTIFF'S VERFIED COMPLAINT

---

Plaintiff does hereby present to this honorable Court his Verified Complaint and Demand for damages.

SUBMITTED

*Wayne Doyle*

WAYNE DOYLE
202 Southern Avenue
Springfield, Ohio45506

Original

1

# INCIDENT REPORT

Branch: Dayton
Date of Incident: 3/18/05
Time of Incident: 2:00 p.m.

| 1. Client Clark County Library | Address 201 South Fountain Ave. 5th fl | Post |
|---|---|---|

2. Police / Fire Department Notified: ☐ Yes ☐ No    Time:    Officer's Name:    RPT#/Badge #

3. Securitas Office Notified: ☐ Yes ☐ No    Time:    Name:    Title:

4. Client Notified: ☑ Yes ☐ No    Time:    Name: John McConagha    Title: Director

5. Persons Involved/Witnesses (insert category of relationship letter opposite name in * column)   A. Employee   B. Client Employee   C. Other

| * | Name / Position Title | Phone Number | Organization Name and Address |
|---|---|---|---|
| | Angie Jones | 937-520-6774 | Patron |

6. Description of Property / Equipment ( example: Brand, Model, License or Serial #, Color, Year )

None

7. Description of Incident / Injury (WHO, WHAT, WHERE, WHY, and HOW.  Include all information in detail and attach statement if required.)

Angie Jones told me Jeff Smith, Security Officer that Wayne Doyle was harrassing her on the Date of March 18th 2005. She gave me her name and number on March 20th 2005 with a full detailed complaint of the incident.

Angie said he was following her around the Library, and Starring at her, making her feel uncomfortable. This was not the first time he has followed her around. Angie told me that she has seen Wayne in the Back Section of the library, messing around with young females, and comping around with them. Angie was very concerned about the well being of the young girls. On March 21st 2005 12:50 p.m. John Dempsey Security Officer, gave Wayne Doyle the letter that the Director told him to give to Wayne Doyle. See Attatched Sheet

Officer Name: Jeffrey S. Smith    Signature: Jeffry S. Smith    Date & Time of Report: 3/21/05

w/here?

17. 3 40 Paf #

SSOP 9008 (6/03)    COPY    © 2003 Securitas Security Services USA

FACE The Accuser

MZ.N

Case 3:07-cv-00003-TMR-MRM    Document 23    Filed 03/22/2007    Page 3 of 14

John Dempsey told Wayne Doyle that he was to leave the property, to read the letter, and that he was trespassing, but he did not leave the property. He asked to see the Director. I, John Dempsey escorted him, to the Directors Office, The Director John McConagha informe him, he was trespassing, and was to leave now, or the Police would be called immedia Wayne Doyle said OK, and left.



**CCPL**

**CLARK
COUNTY
PUBLIC
LIBRARY**

The Information Place.

**MAIN LIBRARY**
201 SOUTH FOUNTAIN AVE
PO BOX 1080
SPRINGFIELD OHIO
45501-1080
937 323-9751
FAX: 937 328-6908
www.ccpl.lib.oh.us

**HOUSTON BRANCH**
5 W JAMESTOWN ST
BOX 127
SOUTH CHARLESTON OHIO
45368
937 462-8047

**INDIAN MOUND
BRANCH**
45 INDIAN DR
ENON OHIO
45323
937 864-2502

**PARK CENTER BRANCH**
119 BECHTLE AVE
SPRINGFIELD OHIO
45504
937 322-2498

**SOUTHERN VILLAGE
BRANCH**
1123 SUNSET AVE
SPRINGFIELD OHIO
45505
937 322-2226

(2)

March 21, 2005

Mr. Wayne Doyle

Dear Mr. Doyle:

Because you have violated the Clark County Public Library's
Code of Conduct by staring, following a library user about the library,
and harassing a library user, you are banned effective March 21, 2005
until March 21, 2007 from all library facilities. The complaint against
you was made to one of our security officers at the Main Library on
Friday, March 18, 2005 by a female African-American library user.
I confirmed the complaint by phone today.

Under the ban you are not permitted to use or be in or on the
grounds of any Clark County Public Library facility. If you are on the
property of any Clark County Public Library facility during the ban time
period, you will be arrested for trespassing.

You may appeal this decision in writing to me within 30 days of
your receipt of this letter. Your appeal may include your version of events
on March 18, 2005.

Sincerely,

*John McConagha*

John McConagha
Library Director

2nd hand
information

Case 3:07-cv-00003-TMR-MRM    Document 33    Filed 01/04/2007    Page 55 of 14

**C C P L**
**C L A R K**
**C O U N T Y**
**P U B L I C**
**L I B R A R Y**

The Information Place.



April 25, 2005

---

**MAIN LIBRARY**
201 SOUTH FOUNTAIN AVE
PO BOX 1080
SPRINGFIELD OHIO
45501-1080
937 323-9751
FAX: 937 328-6908
www.ccpl.lib.oh.us

**HOUSTON BRANCH**
5 W JAMESTOWN ST
BOX 127
SOUTH CHARLESTON OHIO
45368
937 462-8047

**INDIAN MOUND**
**BRANCH**
45 INDIAN DR
ENON OHIO
45323
937 864-2502

**PARK CENTER BRANCH**
1119 BECHTLE AVE
SPRINGFIELD OHIO
45504
937 322-2498

**SOUTHERN VILLAGE**
**BRANCH**
1123 SUNSET AVE
SPRINGFIELD OHIO
45505
937 322-2226

Mr. Edwin A. Grinvalds, Esq.
12 West Main Street
Springfield, Ohio 45502

  Re:  Wayne Doyle Appeal Decision

Dear Mr. Grinvalds:

  This appeal came before me, the Clark County Public Library ("CCPL") Director, on Friday, April 15, to determine whether Mr. Wayne Doyle should be suspended from the library for violating the Library's Code of Conduct.

  CCPL's Code of Conduct states that "Patrons shall respect the rights of others and shall not harass or annoy others by acts including, but not limited to:  staring, following another person about the building, or behaving in a manner which reasonably can be expected to disturb others." A library patron ("Complainant") reported that Mr. Doyle was harassing her by staring and following her around the library. This behavior is in violation of CCPL's Code of Conduct.

  In making my decision, I have considered the report of the security guard, my phone call to the Complainant, the affidavit of Stephanie Southers as well as Mr. Doyle's statement given at the appeal hearing. I found the Complainant's version of what happened and the security guard's report to be credible. The Complainant's statement that she made to me was consistent with what she reported to the Officer. I did not find Mr. Doyle's version of what happened on March 18, 2005 credible.

  At the hearing, Mr. Doyle was given an opportunity to tell his side of the story. He denied that he followed the Complainant around the library, and was staring at anyone. Mr. Doyle did however acknowledge that he frequently sits in the Teen Room.  Although he denies the Complainant's report of what happened, Mr. Doyle was not able to offer an explanation of why the Complainant would fabricate such a story.

Case 3:07-cv-00003-TMR-MRM    Document 13    Filed 01/04/2007    Page 66 of 144



**CCPL**

**CLARK
COUNTY
PUBLIC
LIBRARY**

The Information Place.

Page 2

Re: Wayne Doyle Appeal Decision (continued)

**MAIN LIBRARY**
201 SOUTH FOUNTAIN AVE
PO BOX 1080
SPRINGFIELD OHIO
45501-1080
937 323-9751
FAX: 937 328-6908
www.ccpl.lib.oh.us

**HOUSTON BRANCH**
5 W JAMESTOWN ST
BOX 127
SOUTH CHARLESTON OHIO
45368
937 462-8047

**INDIAN MOUND
BRANCH**
45 INDIAN DR
ENON OHIO
45323
937 864-2502

**PARK CENTER BRANCH**
1119 BECHTLE AVE
SPRINGFIELD OHIO
45504
937 322-2498

**SOUTHERN VILLAGE
BRANCH**
1123 SUNSET AVE
SPRINGFIELD OHIO
45505
937 322-2226

Therefore, I will reinstate the suspension effective immediately until March 21, 2007, from all library facilities. As detailed in my letter sent to Mr. Doyle on March 21, 2005, Mr. Doyle is not permitted to use, be in, or on the grounds of any Clark County Public Library facility. If Mr. Doyle is found on the grounds of the Clark County Public Library, he will be arrested for trespassing.

Sincerely,

John McConagha
Library Director

cc: **Wayne Doyle**
**Johnny Pryor, Esq.**



4.25.05
WAYNE Doyles
STATEMENT Given
To John McConaghe

the Second Conviction

(4)

UNverified

Hear — say

, several occasions
, From out of Town
, occasionally uses
CCPL

March 30, 2005

Notes from John McConagha's phone call to complainant regarding March 18, 2005 incident:

John McConagha, Library Director, called the complainant on March 21, 2005, regarding harassment by Wayne Doyle. The complainant, an African-American female adult, informed me that Mr. Doyle had been staring at her and following her on several occasions. When asked for a specific date/time, she indicated that one instance was in the afternoon on Friday March 18, 2005. The complainant said that she was from out of town and only occasionally uses CCPL, but was in the library to do some research. She further indicated that she observed Mr. Doyle staring at and following teenagers and younger children. The complainant said that Mr. Doyle situated himself in the Teen Room at the Main Library in such a way as to be able to stare at teenage children in the Teen Room and to stare at young children in the adjacent Children's Room. She observed the same behavior from Mr. Doyle toward herself and others on Saturday, March 19 as well. She filed a complaint with the library security officer on Sunday, March 20.

a Statement From Wayne Doyle
I allso have witnesses From Security
Staff Name John Dempsey, on the
Second page of the inciDent Report,
that there were No teens or Children
in the teen area at No time, when
I was useing the area alone to
read certain Book that were in
that area.
Other aDults use the same area without (cut

(5)

October 23, 2006

John McConagha, Director
Clark County Public Library
201 Fountain Avenue
Springfield, Ohio 45506

## Re: PUBLIC RECORDS REQUEST

**Wayne Doyle v. Clark County Library**

This is a public information request for a copy of any and all reports,
documents, recordings in your care,

These materials should include but not limited to:  (1) Angie Jones March 20,
2005 written detailed statement.

(2)  Angie Jones recorded statement taken by John McConagha on or about
March 20, 2006.

I would appreciate your prompt and immediate response to this request.

---

Wayne Doyle
202 Southern Avenue
Springfield, Ohio 45506

10/31/06

① THERE IS NO WRITTEN STATEMENT
FROM ANGIE JONES

② ANGIE JONES RECORDED STATEMENT
FROM 3/21/05 IS ENCLOSED.

John McConagh

Case 3:07-cv-00003-TMR-MRM     Document 13     Filed 01/04/2007     Page 9 of 14

(6)

John McConagha, Director                              November 6, 2006

Clark County Library
201 Fountain Avenue
Springfield, Ohio 45506

### Re: PUBLIC RECORDS REQUEST

### Wayne Doyle v. Clark County Library

This is a public information request for a copy of any and all reports, documents,

records, recordings in your file concerning Angie Jones complaint against Wayne Doyle.

These materials should include but not be limited to:

(1) Angie Jones tape recorded statement taken by John Mc Conagha on March 20,
    2005.
(2) A copy of the library's code of conduct.
(3) The posting locations of the librarys code of conduct in the library.
(4) The number of patrons who have been barred from the library for looking at
    other patrons in a unappropriate way.
(5) The number of patrons who have been barred from the library for following
    other patrons.

I would appreciate your prompt and immediate response to this request.

Wayne Doyle
202 Southern Avenue
Springfield, Ohio 45506

*[signature]* John McConagha
11/16/06

(1) WE DO NOT HAVE A RECORDED STATEMENT FROM
ANGIE JONES

(2) LIBRARY CODE OF CONDUCT IS ENCLOSED

(3) THE CODE OF CONDUCT IS POSTED AT THE ENTRANCE
OF ALL LIBRARY FACILITIES.

(4) THIS IS NOT A REQUEST FOR PUBLIC RECORDS

(5) THIS IS NOT A REQUEST FOR PUBLIC RECORDS

*76*

John McComagha, Director                                  November 16, 2006
Clark County Library
201 Fountain Avenue
Springfield, Ohio 45506

Re: PUBLIC **RECORDS** REQUEST

*Wayne Doyle v. Clark County Library*

This is a public information request for a copy of any and all documents,

Records, recordings, in your care concerning Angie Jones complaint against

Wayne Doyle.  These materials should include but not be limited to:

*(1)  Date and time of the code of conduct posting at the Clark County library
located at 201 S. Fountain Avenue Springfield, Ohio 45506.*

   *(2)  A copy of the **Disorderly Conduct** charge brought against Wayne
Doyle as defined under **ORC 2917.11** in the Library Code of
Conduct which states: Patrons shal not engage in conduct which
interferes with library use including but limited to, impeding access
to library property; fighting; using abusive, **menacing, insulting,**
obscene, or profane language; and verbal and or physical
propositions or threats.*

   *(3)  A copy of any **criminal charges** filed against Wayne Doyle by the
Clark Couny library for harrassing Angie Jones.*

   *(4)  A copy of any **criminal charges** filed against Wayne Doyle by Angie
Jones for harrassing her.*

I would appreciate your prompt and immediate response to this request.

Wayne Doyle
202 Southern Avenue
Springfield, Ohio 45506

① HAS BEEN CONTINUALLY POSTED SINCE 2/03.

② NO CHARGES FILED

③ NO CHARGES FILED

④ WE HAVE NO RECORD OF THAT

*John McComagha*
*11/27/06*

Case 3:07-cv-00003-TMR-MRM     Document 13     Filed 01/03/2007     Page 11 of 14

*PLAINTIFF'S VERIFICATION:*

*THE UNDERSIGNED HAS COMPLETED THE ABOVE-CITED ALLEGATIONS TO THE FULLEST AND MOST ACCURATE EXTENT POSSIBLE, USING THEIR FIRST HAND KNOWLEDGE TO COMPLETE SAME,*

*SWORN AND SIGNED BEFORE ME THIS 3RD DAY OF JANUARY, 2007*

### *JURY DEMAND*

*Plaintiff hereby demands a trial by jury on the merits in this matter.*

### *THE CLAIMS*

*COUNT ONE:*

*VIOLATION OF PLAINTIFF'S SUBSTANTIVE DUE PROCESS RIGHTS, AS GUARANTEED BY THE (1ST) AMENDMENT TO THE UNITED STATES CONSTITUTION.*

*Plaintiff has a right to peacefully assemble and vist the Clark County Library. Such right was violated by Defendants.*

*COUNT TWO:*

*VIOLATION OF PLAINTIFF'S SUBSTANTIVE DUE PROCESS RIGHTS GUARANTEED BY THE FOURTEENTH(14) AMENDMENT TO THE UNITED STATES CONSTITUTION.*

*Plaintiff has had his liberty of movement taken from him without due process of law.*

## COURT THREE:

### VIOLATION OF 42 U.S.C. @ 1983.

*The above cited civil rights violations were conducted at the behest of state actors, a fact which clearly implicates several and numerous 42 U.S.C. @ 1983 violations.*

## COURT FOUR:

## MALICIOUS PROSECUTION

*The above-cited facts provide a strong basis for a restrainning order and acqiital in the underlying case, with respect to the spurious complaint brought by the defendants against Plaintiff. As Much , Malicious Prosecution may be readily inferrred.*

## COUNT FIVE:

### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

*Plaintiff asserts that any reasonable observer will concur that the Defendant's behaviour shocks the conscience and that they are lilble for the above-cited pendant state law tort.*

## COUNT SIX:

### NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

*Plaintiff asserts that any reasonable observer will concur that*