## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO WESTERN DIVISION AT DAYTON

Wayne Doyle,

    Plaintiff,

-vs-

John Mc Conagha and the
Clark County Library, et al.,

    Defendants.

Case No. 3:07-cv-003

District Judge Thomas M. Rose

Magistrate Judge Michael Merz

### -MOTION FOR RECONSIDERATION-
### -MOTION FOR (CLARITY) FROM THIS COURT CONCERNING-:

1. Judge Merz said: 'Plaintiff's motion for extension of time to employ an attorney is not well taken." Question for the Judge; Since the (Motion to Dismiss and amended complaint ) is not part of the events in the suit that happened more than two years ago, does Wayne Doyle have a constitutional right to have a attorney represent him? If so, Does he have a right to request time to obtain legal counsel.? After all Judge, on January 5,2007, you said "Defendant Wayne Doyle has 120 days to serve the compaint on the Defendant's.which was executed on March 22.2007,(76) days later.

2. . Im asking for (60) days to seek legal counsel to organize the court's file and respond to the defendants motion to dismiss and amend the complaint. How much time does (your court docket) allow for civil cases to get to trial.

3. Wayne Doyle being able to file pleadings with the Columbus District Court according to the United States District Court's filing procedures allowing pleadings to be time stamped and filed in any district Court in the United States of America.

### IN SUPPORT OF THE FOREGOING AND AFTER

. -On January 3,2007, Plaintiff Wayne Doyle filled out a application with (THIS COURT) to proceed without payment of fees because I was unemployed at that time. For I did not and do not have the ways nor the means to pay the court fee's nor obtain legal counsel at that nor this time..

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO WESTERN DIVISION AT DAYTON

Since that time I have been <u>driven</u> to Columbus to do black-top sealing work with Pk seal coating. I am expecting to have enough money to hire a attorney within (60) days to represent me .for I do not understand the mix-up on the court's docket nor do I know how .

**To respond to defendant's motion to dismiss nor do I know how to properly amend the comlaint according to this court's instructions.**

### RELIEF SOUGHT

1. (60) DAYS extension,stay,whatever motion is needed to allow Plaintiff Wayne Doyle an opportunity to get legal counsel.
2. Question for the Court: Does Plaintiff Wayne Doyle have the right to add exhibits to his pleadings since the (court order) to the clerk not to rescan and docket attachments to motions <u>in this case</u> which appears to be documents already filed without further instructions from the Court.?
3. Question for the Court: Does Plaintiff Wayne Doyle have the right to Get a time stamp and file his pleadings in any United States District Court in America.
4. Wayne Doyle being able to file his pleadings at the United States District Court located in Columbus,Ohio according to the United States District Court's filing procedures allowing pleadings to be time stamped and filed in any United States District Court.

SERVICE

Mailed to:  Lois a Gruhin
21 East State Street
Columbus,Ohio 43215
This 25th day of April,2007

_____ /s/ Wayne Doyle _____

### THOUGHT TO CONSIDER

**The phrase "abuse of discretion" connotes more than an error of law or judgment; it implies that the court's attitude is unreasonable, arbitrary, or unconscionable.**