# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

WAYNE DOYLE,

       Plaintiff,      :      Case No. 3:07-cv-003

                                      District Judge Thomas M. Rose
      -vs-                             Chief Magistrate Judge Michael R. Merz

                                :

CLARK COUNTY PUBLIC LIBRARY,
  et al.,

       Defendants.

## DECISION AND ORDER DENYING MOTION FOR RECONSIDERATION

This case is before the Court on Plaintiff's Motion for Reconsideration (Doc. No. 52).

Plaintiff's time to respond to the pending Amended Motion to Dismiss (Doc. No. 46) is extended to and including June 22, 2007, whether or not he gets an attorney.

Plaintiff may tender exhibits with any pleading he files, but the Court reserves the right to determine that exhibits are being unnecessarily filed because duplicative of prior filings in the case. To explain, each time an exhibit is re-filed in paper format which is already available in the Court's docket, it consumes a large quantity of electronic storage space because it has not been tendered to the Court in electronic format. The instructions to the Clerk made in the prior Entry (Doc. No. 51) continue in effect.

Plaintiff does not have the right to have his pleadings file-stamped in "any United States District Court in America." There is no rule of this Court, nor is there any Federal Rule of Civil Procedure or statute passed by Congress which permits litigants to file in any District Court. All filings shall be tendered to the Clerk at 200 West Second Street, Dayton, Ohio. If Plaintiff is residing in Columbus, he may tender the documents by mail; he may receive a file-stamped copy by sending the Clerk a self-addressed stamped envelope. Tender at Dayton is necessary to permit examination of the documents by the Court before filing as outlined in the prior Entry.

April 27, 2007.

                                                                  s/ **Michael R. Merz**
                                                     Chief United States Magistrate Judge

Dockets.Justia.com