IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF OHIO WESTERN DIVISION AT DAYTON

Wayne Doyle,

    Plaintiff,

-vs-

John Mc Conagha and the
Clark County Library, et al.,

    Defendants.

Case No. 3:07-cv-003

District Judge Thomas M. Rose

Magistrate Judge Michael Merz

## MOTION FOR CLARITY CONCERNING THIS COURTS APRIL 27,2007 DECISION AND ORDER DENYING MOTION FOR RECONSIDERATION

~~IN SUPPORT OF THE FOREGOING AND AFTER~~

On April 25,2007, Plaintiff <u>Wayne Doyle sought and received</u> the following relief from "THIS COURT"

1. Plaintiff sought "(60) DAYS extension, stay (whatever motion) is needed to allow Plaintiff Wayne Doyle <u>an opportunity to get legal counsel.</u>"

   The Court granted "Plaintiff's time to respond to the pending Amended Motion to Dismiss "(Doc.No.46) is **extended** to and including June,22,2007, <u>whether or NOT he gets an attorney..</u>

QUESTION FOR CHIEF MAGISTRATE JUDGE MERTZ?

Since This court <u>granted relief</u> for Plaintiff Doyle giving me time to respond to the pending Amended Motion to Dismiss, Why dosen't" the April 27,2007, decision and order reflect that (IN-PART) the motion was granted?.

Note:

[handwritten: Original. mailed 5/1/2007 to court. Time Stamped copy to be mailed to: Wayne Doyle, 262 Southern Ave, Springfield, OH 45506]

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF OHIO WESTERN DIVISION

RELIEF SOUGHT

April 27, 2007, decision and order to reflect Plaintiff Doyles motion for reconsideration
GRANTED IN PART

SERVICE

Mailed to Lois A Gruhin
21 East State Street
Columbus, Ohio 43215
This 1st day of May, 2007.

THOUGHT TO CONSIDER

THE PHRASE "ABUSE OF DISCRETION " COONOTES MORE THAN ERROR
OF LAW OR JUDGMENT; IT IMPLIES THAT THE COURT ATTITUDE IS
UNREASONABLE, ARBITRARY, OR UNREASONABLE.

_____ Wayne Doyle _____