**1**

# INCIDENT REPORT

Branch: Dayton
Date of Incident: 3/18/05
Time of Incident: 2:00 P.M

**1. Client:** Clark County Library  **Address:** 201 South Fourth Ave Sui[te]  **Post:**

**2. Police / Fire Department Notified:** ☐ Yes ☐ No  Time:  Officer's Name:  RPT#/Badge #

**3. Securitas Office Notified:** ☐ Yes ☐ No  Time:  Name:  Title:

**4. Client Notified:** ☑ Yes ☐ No  Time:  Name: John McConegho  Title: Director

**5. Persons Involved/Witnesses** (insert category of relationship letter opposite name in * column) A. Employee  B. Client Employee  C. Other

| * | Name / Position Title | Phone Number | Organization Name and Address |
|---|---|---|---|
|   | Augie ~~Jones~~ Jones | 937-520-6774 | Patron |
|   |   |   |   |

**6. Description of Property / Equipment** (example: Brand, Model, License or Serial #, Color, Year)

None

**7. Description of Incident / Injury** (WHO, WHAT, WHERE, WHY, and HOW. Include all information in detail and attach statement if required.)

~~Augie Jones~~ Jones told me Jeff Smith, Security Officer that Wayne Doyle was harassing her on the Date of March 18th 2005. She gave me her name and number on March 20th 2005. Had full detailed complaint of the incident.

Augie said he was following her around the Library, and staring at her, making her feel uncomfortable. This was not the first time he has followed her around. Augie told me that she has seen Wayne in the Back Section of the Library, messing around with young females and coming around with them. Augie was very concerned about the well being of the young girls. On March 21st 2005 12:50 P.M. John Dempsey Security Officer gave Wayne Doyle the letter that the Director told him to give to Wayne Doyle. See Attached Sheet.

Officer Name: Jeffrey S. Smith  Signature: Jeffrey S. Smith  Date & Time of Report: 3/21/05

(margin notes: "where?", "Face the Accuser")

COPY

John Dempsey told Wayne Doyle that he was to leave the property, to read the letter, and that he was trespassing, but he did <u>not leave</u> the property. He asked to see the Director. I John Dempsey escorted him to the Directors Office. The Director John McConagha inform him, he was trespassing, and was to leav now, or the Police would be called immedio Wayne Doyle said OK, and left.