Exhibit (2)

I Wayne Doyle states that on or about March 18, 2005, I did not Harass or Follow Angie Jones or stare at anyone or do anything that was against the Clark County Library Rules, or the OHIO Revised Code Concerning Conduct

Sign on this 24th day of January 2007

X Wayne Doyle

William E. Hood
NOTARY PUBLIC

Sworn To and Subscribed in my presence
My commission expires Mar 16, 2011