Case 3:07-cv-00003-TMR-MRM   Document 33   Filed 01/03/2007   Page 88 of 144

(5)

October 23, 2006

John McConagha, Director   5 - 6.
Clark County Public Library
201 Fountain Avenue
Springfield, Ohio 45506

### Re: PUBLIC RECORDS REQUEST

**Wayne Doyle v. Clark County Library**

This is a public information request for a copy of any and all reports, documents, recordings in your care,

These materials should include but not limited to: (1) Angie Jones March 20, 2005 written detailed statement.

(2) Angie Jones recorded statement taken by John McConagha on or about March 20, 2006.

I would appreciate your prompt and immediate response to this request.

---

Wayne Doyle
202 Southern Avenue
Springfield, Ohio 45506

10/31/06

① THERE IS NO WRITTEN STATEMENT FROM ANGIE JONES

② ANGIE JONES RECORDED STATEMENT FROM 3/21/05 IS ENCLOSED.

*John McConagh*