(6)

John McConagha, Director                                    November 6, 2006

Clark County Library
201 Fountain Avenue
Springfield, Ohio 45506

Re: PUBLIC RECORDS REQUEST

Wayne Doyle v. Clark County Library

This is a public information request for a copy of any and all reports, documents, records, recordings in your file concerning Angie Jones complaint against Wayne Doyle. These materials should include but not be limited to:

(1) Angie Jones tape recorded statement taken by John Mc Conagha on March 20, 2005.
(2) A copy of the library's code of conduct.
(3) The posting locations of the librarys code of conduct in the library.
(4) The number of patrons who have been barred from the library for looking at other patrons in a unappropriate way.
(5) The number of patrons who have been barred from the library for following other patrons.

I would appreciate your prompt and immediate response to this request.

Wayne Doyle
202 Southern Avenue
Springfield, Ohio 45506

*[signature]* 11/16/06

① WE DO NOT HAVE A RECORDED STATEMENT FROM ANGIE JONES

② LIBRARY CODE OF CONDUCT IS ENCLOSED

③ THE CODE OF CONDUCT IS POSTED AT THE ENTRANCE OF ALL LIBRARY FACILITIES.

④ THIS IS NOT A REQUEST FOR PUBLIC RECORDS

⑤ THIS IS NOT A REQUEST FOR PUBLIC RECORDS