⑦

John McComagha, Director
Clark County Library
201 Fountain Avenue
Springfield, Ohio 45506

November 16, 2006

Re: PUBLIC **RECORDS** REQUEST

Wayne Doyle v. Clark County Library

This is a public information request for a copy of any and all documents, Records, recordings, in your care concerning Angie Jones complaint against Wayne Doyle. These materials should include but not be limited to:

(1) Date and time of the code of conduct posting at the Clark County library located at 201 S. Fountain Avenue Springfield, Ohio 45506.

(2) A copy of the **Disorderly Conduct** charge brought against Wayne Doyle as defined under **ORC 2917.11** in the Library Code of Conduct which states: Patrons shal not engage in conduct which interferes with library use including but limited to, impeding access to library property; fighting; using abusive, **menacing, insulting,** obscene, or profane language; and verbal and or physical propositions or threats.

(3) A copy of any **criminal charges** filed against Wayne Doyle by the Clark Couny library for harrassing Angie Jones.

(4) A copy of any **criminal charges** filed against Wayne Doyle by Angie Jones for harrassing her.

I would appreciate your prompt and immediate response to this request.

Wayne Doyle
202 Southern Avenue
Springfield, Ohio 45506

① HAS BEEN CONTINUALLY POSTED SINCE 2/03.
② NO CHARGES FILED
③ NO CHARGES FILED
④ WE HAVE NO RECORD OF THAT

*[signed] John McOmagha 11/27/06*