23

1  to regulate the conduct of its patrons.

2             THE COURT:  Okay.

3             MS. ROSS:  Again, they go more on

4  the issue of whether regulating the required --

5  regulating shoes is within the library's

6  authority, but they do touch on the authority of

7  the library to have rules and to bar patrons who

8  don't follow those rules.

9             THE COURT:  All right.  I promised

10  that before we finished I would come back to the

11  question of process.

12             Mr. Doyle, when you sue somebody --

13             MR. DOYLE:  Wait a minute.

14             THE COURT:  Okay.

15             MR. DOYLE:  My question was still

16  not answered.  In other words, how do they know

17  that it was me?

18             THE COURT:  Well, the question --

19             MR. DOYLE:  I'm asking the attorney.

20             THE COURT:  I understand that.

21             MR. DOYLE:  Okay.

22             THE COURT:  She's already answered

23  that question to the extent that she knows.  That

24  is that there's a police officer and a security

25  guard who saw you on the premises, and Miss Jones