*[handwritten annotations: "Ex 9", "How can you identify a Racist?", "24:1", "24:12", "24:22", "Bias", "How", "Cut Doyle off"]*

```
 1   says it was you.  And that's all hearsay, and
 2   that's all McConagha had to go on.
 3            MR. DOYLE:  That's hearsay.
 4            THE COURT:  Yes, it is.
 5            MR. DOYLE:  I'm asking Mrs. Ross,
 6   Mrs. Ross, how does McConagha know that it was
 7   me?
 8            THE COURT:  She's already answered
 9   that question.
10            MR. DOYLE:  I did not hear her
11   answer.
12            THE COURT:  She's answered it to my
13   satisfaction.  She knows it exactly the same way
14   you know it, which is McConagha's statement which
15   is that there was a police officer present, there
16   was a security officer present, and Miss Jones
17   identified you.  That's all she knows.
18            If she's got some private
19   conversation with McConagha, she is required, by
20   the law of attorney ethics, not to talk to you or
21   me about what McConagha has said to her other
22   than what's in this record.
23            I don't mean to cut you off, Ms.
24   Ross, if you've got additional anything you want
25   to say about that.
```