*Ex 10*

*HAVEN'T ... IT WAS ME — HARASSING A PATRON*

18

1  accuser but you could be arrested.  And I guess
2  the question of whether you can be excluded from
3  a public library, based upon hearsay evidence, is
4  the question that this case presents.
5            MR. DOYLE:  I'm talking about being
6  found guilty.
7            THE COURT:  You haven't been found
8  guilty of anything, have you?
9            MR. DOYLE:  I've been barred from
10 the library for years.
11           THE COURT:  Well, that's not a
12 criminal conviction.  That's a, that's your being
13 barred from a public place.
14           MR. DOYLE:  Yes.
15           THE COURT:  The question is whether
16 that's --
17           MR. DOYLE:  On what grounds?  In
18 other words -- what grounds?   **
19           THE COURT:  On grounds of harassing
20 a patron.  That's the way I read it anyway.
21           MR. DOYLE:  If I haven't faced the
22 patron then, how do they know it was me?
23           THE COURT:  Well, because I guess --
24           MR. DOYLE:  Or if -- how does he
25 know it was me?  In other words, if I -- okay.

*18:13*
*18:19*
*18-21*
*18-23*
*goes*