Exhibit 11

16

1  court of law.
2          But of course that's the whole
3  question that this case seems to raise, is
4  whether Mr. McConagha, or whether any public
5  library, has to follow rules of evidence such as
6  are applicable in criminal court.
7          MR. DOYLE: Could that just be
8  hearsay evidence?
9          THE COURT: It is hearsay.
10         MR. DOYLE: That this is based on.
11 Then this is why I'm filing this.
12         THE COURT: Okay. All right. We
13 have an understanding of your position then.
14         As I understand your position, it is
15 that you cannot, or no one can be barred from a
16 public library on the basis of a finding which is
17 just based on hearsay evidence.
18         MR. DOYLE: Yeah, because Mrs.
19 Jones, I don't even know -- for one thing, I
20 don't even know a Mrs. Jones and probably never
21 seen her before.
22         THE COURT: Okay.
23         MR. DOYLE: And this invisible
24 person coming forward that he so-called saying
25 that made the statement, in other words, if I,

16.9 (margin note at line 9)
16.18 (margin note at line 18)