Patron Status - 89063 - Notes - Polaris    EX 12

| Barcode: | 27400001951087 | Name: | RICHARD HIGGINBOTHAM |
|---|---|---|---|
| Acct charges: | $5.00 | Patron code: | ADULT - OPLIN |
| Acct credit: | $0.00 | Address: | 220 MONTGOMERY AVE APT 133 |
| Items out: | 8 | | SPRINGFIELD, OH 45506 |
| Total overdue: | 0 | Address check date: | August 16 2007 |
| Current claims: | 0 | E-mail address: | concompy2k@yahoo.com |
| Items held: | 0 | Notification option: | Email Address |
| | | Voice phone 1: | 325-0943 |

**Notes**

Mr. Higginbotham was banned from the Main location by the Director on 01/04/07. Mr. Higginbotham has been told that if he is on Main property, he would be arrested for criminal trespassing. Mr. Higginbotham is allowed in the Park location per director. 1/04/07

Revised Julia Walden (Park) 1/04/07

11/8/2006

My name is Richard Higginbotham.
On 11/7/06 I was at the Clark County Public Library. I arrived around 12:00 noon. I turned in some books then went and signed in for use of the computer. I was on the computer for one hour doing research on a topic. After my hour was up I singed in again for my second allotted hour to continue my research. I had to wait approximately 15 minutes before another computer was available. Once at the computer I began my research again. I had headphones on my ears each session because I was listening to video music. Occasionally to take a break from my research I would view the video on the scree. It is my penchant to look away from the screen from time to time because it hurts my eyes if I stare at it too long.

When my second hour had ended I waited for it to shut off and I looked around to see if there were empty seats available which would indicate that some other assigned number would or would not appear on my system. There were two or three empty seats so I surmised that I would be able to just log back on without going back up to the staff area to log in. I continued my research at this time and resume listening to the music as well. About 35 minutes into my research my eyes were starting to burn and my back begin to ache so I looked up and leaned back in my chair trying to refocus my eyes. I looked right and then left. To the left is the staff desk directly in front of me where people come to the computer. At that time I saw one of the female staff people coming towards my direction. I thought she was coming over to assist someone on one of the computer which they have a penchant to do when asked by a patron who may not understand the computer. As I turned back to my computer screen I notice as she approached that her walk was aggressive thinking she was frustrated that she had to assist someone I turned to my screen and resumed researching while listening to the music. I could see her standing there peripherally and when I look up to my surprise she was staring at me saying something verbally and appeared to be addressing me. I pulled one of my earphones off my left ear and I said I beg your pardon. She said menacingly, "DO YOU WANT SOMETHING? I said no and she said well please stop looking at me. I responded that "m'am I wasn't looking at you, I was looking away from my screen and I didn't even notice you" and she mumbled something else and walked away. I put my earphone back on my ear and returned to my computer screen to finish my research because I only had about 15 more minutes and I didn't want to waste time finding out what that was all about until I finished.
Once finished I went to the staff desk to pick up my printouts which I am accustom to doing and I asked the male staff person if he could ask the female staff person to come and straighten out our misunderstanding and he said that he didn't think it was the appropriate time. I asked him was it appropriate the way she came at me and loudly proclaimed that I was looking at her. I said she was out of place and could have handled it in a more professional way. I asked him to speak with her supervisor, so he went to the back and when he returned he told me that the Director would come and speak with me. After about 3 minutes the Director came to me and asked me what the problem was. As I began to tell him he cut me off and said "come let's go outside", me thinking he meant out of the general hearing of the public and into his office which I had no problem with because I felt it could be dealt with rather quickly. So as we walked towards the exit a

security guard was in tow. I didn't think anything of it than the Director taking precaution for whatever reason he felt he should. I was not threatening anyone or raising my voice or even saying anything just walking following him. We went out the exit doors on the S. Fountain side of the building and he said now what is the problem. So I explained the problem to him and I felt I deserved an apology and he said that his staff person was not going to apologize and that I should just leave the premise. I stated that I did not want to leave without straightening out this misunderstanding and I thought because of his position as the Director that he would mediate the situation and it could be dispelled whereby noone would feel offended or threatened. He reacted totally opposite of what I had hoped I would receive from him which was some "equitable justice" because I didn't do anything to deserve that action from his female staffer.

He was hearing none of it and as he was shaking and staring at me at my incredulous belief that I was at least given the benefit of the doubt, I asked him to bring my accuser out and he said he doesn't have to bring them out because he was not going to take my word over hers. He went into his pocket and started dialing 911 and I was so taken aback by the action of someone in that position not even considering all the circumstances and who could have easily resolved this matter chose to act as an agitator instead of a mediator and as I was trying to tell my side to convince him that it wasn't that serious, he held the phone up as if he wanted me to talk to the dispatcher or to allow the dispatcher to hear my conversation and I continued to try to find some equitable balance and solutions to a situation that was getting out of hand because of his unprofessional provoking of my patronage. I reached for his phone to talk with the dispatcher and he gave me a look that to me said, don't you ever think that you can talk on a phone of mine and put your germy hands on it. So I asked him if he had a card with his information on it and he handed me one and told me to go talk to a lawyer, I will be here all of my information is on there so I want you to leave the premise.
I asked him if I could see his policy and he said sure and went back inside. I was just beside myself because I could not believe that I could be accused of something and not get my day in court to defend myself. It was like I was guilty and I couldn't even get a chance to prove my innocence. Is this the way the law works for just us. He never came back with the policy and stayed inside until the police arrived. It was a male and female officers. The male officer asked me what the problem was and as I told him what the situation was he cut me off and started asking the Director what he wanted to do. I asked the male officer if he could have the accuser come out so that we could resolve this matter. I stated to him that when I come into this library I try to avoid any contact verbally or physically with anyone and everyone in the library. I told him I go out my way not to bother anyone and that I don't even give people eye contact because of situations such as the one that came upon me. It went on deaf ears, I continued to try and get someone to listen to my side and let them know that an injustice was being committed here. The male officer told me to leave the premises and I told him I was leaving but I had asked the Director to allow me to see the policy, so the female officer asked the Director if he had a policy statement and he went and got it and the female officer read off the first line and it did state that staring was not allowed. However, I was not allowed to read the remaining policy in terms of reconciliation of a problem or misunderstanding, so I felt that if I was a white patron that I would have been given more consideration. I have witness for myself how the staff talks and treats the black youth in there opposed to

how they handle and speak to the white youth. It seems to me that the white men used their ownership of the body of the white female(s) as a terrain on which to lynch the black male. Regrettably, this was the attitude I perceived of the Director and the male Officer who shook hands as though this is something they colluded to do to me. When the officer asked me how often do I come into the Library, I stated that I have been coming daily and would be back tomorrow. The male officer inquired whether there was another library that I could attend and before I could answer that the other one was out of my way, the Director proclaimed that he didn't want me attending any Library in the City of Springfield. I was totally blown away because they didn't even consider the inconvenience this would cause me and to take my library privileges away because someone accused me of looking at them is a little too much for me to comprehend so as I was trying to convey this to them; the male officer began walking towards me putting his gloves on as though he was going to jump me or something and at that moment an aunt of mine came riding by and blew her horn at me. I asked her to pull over to witness what was going on but she had children in the van and no place to park so I said I would handle this the next day legally and got in her van and we drove away.
This statement is true to the best of my recollections and knowledge.

*Richard H. [signature]*
Richard Higginbotham, Plaintiff