# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

WAYNE DOYLE,

      Plaintiff,      :      Case No. 3:07-cv-003

                                 District Judge Thomas M. Rose
  -vs-                           Chief Magistrate Judge Michael R. Merz

                             :

CLARK COUNTY PUBLIC LIBRARY,
  et al.,

      Defendants.

## CORRECTION TO SUBSTITUTED REPORT AND RECOMMENDATIONS

The following sentence appears at page nine of the Substituted Report and Recommendations: "Finally, because neither the Library nor Mr. McConagha violated any of Mr. Doyle's constitutional rights, Mr. Doyle is entitled to qualified immunity from any monetary liability for his actions with respect to Plaintiff." The sentence is hereby corrected to read "Finally, because neither the Library nor Mr. McConagha violated any of Mr. Doyle's constitutional rights, Mr. McConagha is entitled to qualified immunity from any monetary liability for his actions with respect to Plaintiff."

July 17, 2007.

                                                          s/ **Michael R. Merz**
                                                  Chief United States Magistrate Judge