# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**WAYNE DOYLE,**

    **Plaintiff,**                                                          **Case No. 3-07cv003**

**-vs-**

                                                  **District Judge Thomas M. Rose**

**CLARK COUNTY PUBLIC**
**LIBRARY, et al.,**

    **Defendant.**

## JUDGMENT IN A CIVIL CASE

      **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**X**      **DECISION BY COURT**:

**IT IS ORDERED AND ADJUDGED**: Plaintiff's complaint is DISMISSED .

Date: August 20, 2007                        <u>James Bonini, Clerk</u>

                                                      By:<u> *s/Bev Cummings*   </u>

                                                        Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

**WAYNE DOYLE,**

      **Plaintiff,**             **Case No. 3-07cv003**

-vs-

           **District Judge Thomas M. Rose**

**CLARK COUNTY PUBLIC LIBRARY, et al.,**

      **Defendant.**

NOTICE OF DISPOSAL PER SOUTHERN DISTRICT OF OHIO LOCAL RULES

79.(a)(b) AND 79.3(e)

      The above captioned matter has been terminated on August 20, 2007.

      If applicable to this case, the disposal date will be six (6) months from the above termination date

Rule 79.2(a) Withdrawal by Counsel:

All models, diagrams, depositions, photographs, x-rays and other exhibits and materials filed in an action or offered in evidence shall not be considered part of the pleadings in the action, and unless otherwise ordered by the Court, shall be withdrawn by counsel without further Order within six (6) months after final termination of the action.

Rule 79.2 (b) Disposal by the Clerk

All models, diagrams, depositions, x-rays and other exhibits and materials not withdrawn by counsel shall be disposed of by the Clerk as waste at the expiration of the withdrawal period.

Rule 79.3 (e)

Sealed or confidential documents shall be disposed of in accordance with Rule 79.2.

JAMES BONINI, CLERK

By: _s/Bev Cummings_
      Deputy Clerk