

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

RECEIVED SEP 5 2007 LEONARD GREEN, Clerk

FILED SEP 05 2007 JAMES BONINI, Clerk DAYTON, OHIO

WAYNE DOYLE,

        Plaintiff,

-vs-

JOHN Mc CONAGHA AND
THE CLARK COUNTY LIBRARY, et al.,

        Defendants.

Case No. C-3-07-0003
Judge Thomas Rose

## NOTICE OF APPEAL

Notice is hereby given that Wayne Doyle, hereby appeal to the United States Court of Appeals for the Sixth Circuit from the August 8, 2007, **JUDGE THOMAS M. ROSE** ENTRY AND ORDER ADOPTING CHIEF MAGISTRATE JUDGE MERZ SUBSTITUTE REPORT AND RECOMMENDATIONS(DOC) #65) AND CORRECTION OF REPORT AND RECOMMENDATIONS (DOC #65) OVERULLING AND DENYING PLAINTIFF'S OBJECTIONS MOTIONS (DOC. #67) DISMISSING PLAINTIFF'S COMPLAINT, AND TERMINATION ENTRY.
SERVICE

MAILED TO:
COURT OF APPEALS
540 POTTER STEWART U.S. COURT HOUSE
CINCINNATI, OHIO 45202

LOIS A. GRUHIN
21 EAST LONG STREET
COLUMBUS, OHIO 43215
This 3rd day of September, 2007.

Wayne Doyle 202 Southern avenue Springfield Ohio, 45506.

*/s/ Wayne Doyle*

Dockets.Justia.com