09/04/2007 10:37 6146219109 DOWNTOWN COLUMBUS OH PAGE 03/08
Case 3:07-cv-00003-TMR-MRM  Document 79  Filed 09/05/2007  Page 1 of 6
Doyle v. McConagha et al                                                                 Doc. 7

FORM 4.   **AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS**

United States Court of Appeals
for the Sixth Circuit

WAYNE DOYLE ]
]
v. ]    Case No. C-3-07-003
]
JOHN MC CONAGHA AND THE ]
CLARK COUNTY LIBRARY, et al., ]

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. §§ 1746; 18 U.S.C. §§ 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: *Wayne Doyle*          Date: 9-4-07

My issues on appeal are:

1. The court has not been fair nor impartial throughout the entire case.
2. During the court hearing the court answered most of Plaintiff Doyle's questions asked of defendants.
3. The court record remains incomplete after many correction and mistakes made by (Chief Magistrate Judge Merz) and (District Judge Thomas Rose).
4. According to the Orders and motions on the record, I, Wayne Doyle have not been given a opportunity to properly amend my complain.
5. This case is a (CASE OF FIRST IMPRESSION) BEING MERZ SAID IT WAS HEARSAY AND HE WOULD HAVE TO DO SOME RESEARCH TO SEE IF MC CONAGHA HAD THE RIGHT TO KICK SOMEBODY OUT OF THE LIBRARY ON HEARSAY EVIDENCE. NO RESPONSE NOR RESEARCH HAS BEEN INDICATED ON THE RECORD FROM MERZ OR ROSE.

Wayn Doyl

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

RECEIVED SEP 2007
LEONARD GREEN, Clerk

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment (circled) | ___ | ___ | ___ | ___ |
| Self-employment | ___ | ___ | ___ | ___ |
| Income from real property (such as rental income) | ___ | ___ | ___ | ___ |
| Interest and dividends | ___ | ___ | ___ | ___ |
| Gifts | ___ | ___ | ___ | ___ |
| Alimony | ___ | ___ | ___ | ___ |
| Child support | ___ | ___ | ___ | ___ |
| Retirement (such as social security, pensions, annuities, insurance) | 0 | ___ | ___ | ___ |
| Disability (such as social security, insurance payments) | 0 | ___ | ___ | ___ |
| Unemployment payments — N | 0 | ___ | ___ | ___ |
| Public-assistance (such as welfare) None | None | ___ | ___ | ___ |
| Other (specify): ___ None | None | ___ | ___ | ___ |
| Total monthly income: | $0.00 | $0.00 | $0.00 | $0.00 |

$600 a month For myself only

Bob Evans & Currently employed at Bob evans

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

Bob evans    Leffels Lane    April 07 - May 07    246.00    For one month
Employer     Address         Dates of Employment  Gross monthly pay

Paul Kelly seal Coating Co.    Donnelsville Road    (crossed out)    800 For one month

I'm Currently Bob Evan Co on Leffels Lane employed at

Wayne Doyle

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

4. How much cash do you and your spouse have? $

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Key Bank | Check account | $45.00 |  |
|  |  |  |  |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home apprased at

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| I own a House Wayne Doyle $36,000 — |  | Make & year: 81 Truck Model: Ford Registration #: 120083900 7 |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: Model: Registration #: |  |  |

United States Court of Appeals
FORM 4 - AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

Page 3

*Wayne Doyle*

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None | | |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| None | | |

United States Court of Appeals
FORM 4 - AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

Page 4

*Wayne Doyle*

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) |  | NO Spouse |
| Are real estate taxes included? ☐ Yes ☒ No |  |  |
| Is property insurance included? ☐ Yes ☒ No |  |  |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | I pay Lights gas + water |  |
| Home maintenance (repairs and upkeep) | tel 50.00 yes |  |
| Food | Food 200.00 yes |  |
| Clothing | water 20.00 yes |  |
| Laundry and dry-cleaning | gas 50.00 |  |
| Medical and dental expenses | 40 a month — No Medical I pay out of pocket |  |
| Transportation (not including motor vehicle expenses) |  |  |
| Recreation, entertainment, newspapers, magazines, etc. |  |  |
| Insurance (not deducted from wages or included in mortgage payments) Homeowner's or renter's |  |  |
| Life | None |  |
| Health | None |  |
| Motor vehicle | 36.00 a month |  |
| Other: gas to get Back and Forth to work | 60.00 a month |  |
| Taxes (not deducted from wages or included in mortgage payments) specify: |  |  |
| Installment payments |  |  |
| Motor Vehicle |  |  |
| Credit card (name): |  |  |
| Department store (name): |  |  |
| Other: |  |  |
| Alimony, maintenance, and support paid to others |  |  |
| Regular expenses for operation of business, profession, or farm (attach detail) |  |  |
| Other (specify): | + about |  |
| Total monthly expenses: | 500.00 a month  $0.00 | $0.00 |

United States Court of Appeals  Page 5
FORM 4 - AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

Wayne Clarke

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☑ Yes  ☐ No    If yes, describe on an attached sheet.

My Current Employer cut my Hour From 31 hours to 20- to 25 hours a week

Employed → Part time

10. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form?

☐ Yes  ☑ No    If yes, how much? $

If yes, state the attorney's name, address, and telephone number:

11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

☐ Yes  ☑ No    If yes, how much? $

If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

Im going to make about 500.00 For this Entire month and that is what my monthly expensess are monthly

13. State the address of your legal residence.

Your daytime phone number: (937) 450 7618

Your age:        Your years of schooling:

Your social-security number: 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

United States Court of Appeals                                                          Page 6
FORM 4 - AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

09/04/2007 TUE 10:32  [TX/RX NO 9856]  ☑008