# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

WAYNE DOYLE,

        Plaintiff,      :      Case No. 3:07-cv-003

                              District Judge Thomas M. Rose
      -vs-                      Chief Magistrate Judge Michael R. Merz

                            :

CLARK COUNTY PUBLIC LIBRARY,
  et al.,

        Defendants.

## DEFICIENCY ORDER

District Judge Rose having adopted the Report and Recommendations regarding appeal *in forma pauperis* and having thereby denied Plaintiff's application to appeal *in forma pauperis*, it is hereby ORDERED that Plaintiff pay the appellate filing fee of $455 to the Clerk of this Court not later than November 3, 2007. Failure to do so may result in dismissal of the appeal.

October 3, 2007.

                                                               s/ **Michael R. Merz**
                                                        Chief United States Magistrate Judge

Dockets.Justia.com